IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD BELL; KATRINA BELL; | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:05cv658-T |
| | ) |
| TRAVELERS PROPERTY CASUALTY | ) |
| INSURANCE COMPANY; ET AL.; | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT THE STANDARD FIRE INSURANCE COMPANY'S
AMENDMENT TO NOTICE OF REMOVAL**

Comes now Defendant The Standard Fire Insurance Company, incorrectly identified in the Plaintiffs' complaint as Travelers Property Casualty Company, ("Standard Fire") and files this Amendment to Notice of Removal in compliance with this Court's Order entered August 4, 2005.

1. Standard Fire incorporates by reference its Notice of Removal filed with this Court on July 14, 2005. In addition, Standard Fire amends its Notice of Removal as set forth below.

2. The Plaintiffs, Donald Bell and Katrina Bell, at the time of this action, and since that time, were and are citizens of the State of Alabama.

3. The Defendant, Standard Fire, at the time of the commencement of this action, and since that time, was and is a citizen of the State of Connecticut. Standard Fire is a corporation organized and existing under the laws of the State of Connecticut, with its principal place of business in Hartford, Connecticut. Standard Fire was not at the time of the commencement of this action, nor at any time, a citizen of the State of Alabama.

          Respectfully submitted,

          _s/ Joel S. Isenberg_
          Brenen G. Ely, 0366-E54B
          Joel S. Isenberg, 8855-B76J
          Attorneys for Defendant The Standard Fire
          Insurance Company

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
Phone: (205) 802-2214
Fax: (205) 879-4445

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

|       |                    |
|-------|--------------------|
| ___   | Hand Delivery      |
| ___   | U. S. Mail         |
| ___   | Overnight Delivery |
| ___   | Facsimile          |
| _x_   | E-File             |

on this the 19th day of August, 2005.

          _s/ Joel S. Isenberg_
          OF COUNSEL

cc:

Christopher E. Sanspree
BEASLEY, ALLEN, CROW, METHVIN
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103