IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD BELL; KATRINA BELL, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05 CV 658-M |
| ) | |
| TRAVELERS PROPERTY CASUALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant(s). ) | |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on August 22, 2005 and was attended by:

Christopher E. Sanspree for Plaintiffs Donald and Katrina Bell.

Joel S. Isenberg for Defendant The Standard Fire Insurance Company, improperly identified in Plaintiffs' complaint as Travelers Property Casualty Insurance Company.

2. Pre-Discovery Disclosures. The parties will exchange by September 12, 2005 information required by Federal Rule of Civil Procedure 26(a)(1).

3. Discovery Plan.

The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects: Plaintiffs' claims and Defendant's defenses.

All discovery commenced in time to be completed by March 22, 2006.

Maximum of 40 interrogatories by each party to any other party. [Responses due 30 days after service.]

Maximum of 40 requests for admission by each party to any other party. [Responses due 30 days after service].

Maximum of 7 depositions by Plaintiffs and 7 depositions by Defendant.

Each deposition limited to maximum of 7 hours unless extended by agreement of parties. Reports from retained experts under Rule 26(a)(2) due:

from Plaintiff by December 15, 2005.
from Defendant by January 15, 2006.

Supplementations under Rule 26(e) due February 1, 2006, or within 20 days of knowledge.

4.     Other Items.

The parties do not request a conference with the Court before entry of the Scheduling Order.

The parties request a pretrial conference in May of 2006.

Plaintiffs should be allowed until October 15, 2005 to join additional parties and until October 15, 2005 to amend the pleadings.

Defendant should be allowed until November 15, 2005 to join additional parties and until November 15, 2005 to amend the pleadings.

All potentially dispositive motions should be filed by February 22, 2006.

Settlement cannot be evaluated prior to the parties conducting some discovery and may, at a later date, be enhanced by use of mediation.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

    from Plaintiff: 30 days before trial.
    from Defendant: 30 days before trial.

Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by June 26, 2006 and at this time is expected to take approximately 3 days.

Submitted this 22nd day of August, 2006.

ATTORNEY FOR PLAINTIFFS:

_____
Christopher E. Sanspree
Beasley, Allen, Crown, Methvin
 Portis & Miles, P.C.
P. O. Box 4160
Montgomery, AL 36103
Telephone: (334) 269-2343
Facsimile: (334) 954-7555

ATTORNEY FOR DEFENDANT:

_____
Joel S. Isenberg
Smith & Ely, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, AL 35209
Telephone: (205) 802-2214
Facsimile: (205) 879-4445

3