IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **DONALD BELL; KATRINA BELL,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 2:05-cv-658-M |
| | * | |
| **TRAVELERS PROPERTY CASUALTY** | * | |
| **INSURANCE COMPANY,** | * | |
| | * | |
| Defendants, | * | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

**PLEASE TAKE NOTICE** that the following Discovery document has been forwarded to all Attorneys of record and is filed on behalf of the above styled Plaintiff.

The originals are being retained by the undersigned counsel of record:

1. Plaintiff's Response to Defendant Standard Fire Insurance Company's Interrogatories and Request for Production of Documents to Plaintiffs.

2. Plaintiff's Initial Disclosures

/s/ Christopher E. Sanspree
CHRISTOPHER E. SANSPREE
Attorney for Plaintiffs

OF COUNSEL:

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
P. O. Box 4160
272 Commerce Street (36104)
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 facsimile

**CERTIFICATE OF SERVICE**

      I hereby certify that I have filed the original of the foregoing document in this Court with copies to be served upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the **14**[th] day of **December** 2005.

                                             **/s/ Christopher E. Sanspree**
                                             OF COUNSEL

Mr. Joel Isenberg
**Smith & Ely, L.L.P.**
2000A Southbridge Parkway; Suite 405
Birmingham, Alabama
(205) 802-2214
(205) 879-4445 (fax)