IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD BELL; KATRINA BELL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05 CV 658-T |
| ) | |
| TRAVELERS PROPERTY CASUALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Standard Fire Insurance Company, (incorrectly identified in the Plaintiffs' Complaint as "Travelers Property Casualty Insurance Company) makes the following disclosure of any parent corporation or any publicly held corporation that owns 10% or more of their stock:

| | |
|---|---|
| The Standard Fire Insurance Company | The Standard Fire Insurance Company is a direct wholly-owned subsidiary of Travelers Insurance Group Holdings, Inc., which is a wholly-owned subsidiary of Travelers Property Casualty Corp, which is a wholly-owned subsidiary of The St. Paul Travelers Companies, Inc., a public company. |

s/Joel S. Isenberg
Joel S. Isenberg (8855-N76J)
Attorney for The Standard Fire Insurance Company

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
Phone: (205) 802-2214
Fax: (205) 879-4445
jisenberg@smith-ely.com

### CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

|         |                    |
|---------|--------------------|
| _____  | Hand Delivery      |
| _____  | U. S. Mail         |
| _____  | Overnight Delivery |
| _____  | Facsimile          |
| __x__   | E-File             |

on this the ____ day of _____, 2005.

                                          s/ Joel S. Isenberg
                                          OF COUNSEL

cc:

Christopher E. Sanspree
BEASLEY, ALLEN, CROW, METHVIN
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103