IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


DONALD BELL and          )
KATRINA BELL,            )
                         )
     Plaintiff,          )
                         )          CIVIL ACTION NO.
     v.                  )           2:05cv658-MHT
                         )
TRAVELERS PROPERTY       )
CASUALTY INSURANCE COMPANY, )
                         )
     Defendant.          )

ORDER

It is ORDERED that the joint motion to extend
deadlines (Doc. No. 12) is denied.  The deadlines set
forth in the uniform scheduling order (Doc. No. 8) were
adopted not only with the knowledge, but at the
suggestion, of the parties as set forth in the Rule 26(f)
report (Doc. No. 7).

DONE, this the 20th day of January, 2006.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE