IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DONALD BELL; KATRINA BELL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:05 CV 658-T |
| | ) | |
| TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

### STANDARD FIRE'S ITEMIZED ACCOUNTING IN RESPONSE TO THIS COURT'S JANUARY 30, 2006 ORDER

COMES NOW the defendant, The Standard Fire Insurance Company, incorrectly identified in the Plaintiffs' complaint as Travelers Property Casualty Company (hereinafter referred to as "Standard Fire"), and submits the following itemized accounting of time spent by Standard Fire's counsel in securing responses to their discovery requests, pursuant to this Court's January 30, 2006 Order:

| Date | Timekeeper | Time entry | Total time (in hours) |
|---|---|---|---|
| 12/12/05 | Joel Isenberg | Careful review of Chris Sanspree's correspondence regarding objections to plaintiff's discovery and careful review of Standard Fire's responses to discovery for response to letter (.5); drafting detailed letter to Chris Sanspree regarding Standard Fire's objections (.8). | 1.3 |
| 12/14/05 | Joel Isenberg | Review notice of filing of discovery by plaintiff (.1); determine that discovery responses themselves were not served (.3). | .4 |
| 12/20/05 | Miriam Belcher (paralegal) | Letter to Chris Sanspree again requesting his clients' initial disclosures and responses | .1 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| | | to discovery requests (.1). | |
| 1/6/06 | Joel Isenberg | Careful review of documents produced by plaintiffs and discovery responses (1.5); correspondence to Chris Sanspree regarding insufficient discovery responses and motion to compel (.3). | 1.8 |
| 1/25/06 | Joel Isenberg | Telephone conversation with Mr. Sanspree's office regarding motion to compel (.1). | .1 |
| 1/26/06 | Joel Isenberg | Drafting detailed motion to compel plaintiff's discovery responses and review of discovery responses and correspondence regarding same (2.6). | 2.6 |
| 1/27/06 | Joel Isenberg | Finalize motion to compel for filing with federal court in light of plaintiff's failure to respond to letter and telephone call (.6). | .6 |
| | | Total time incurred: | 6.9 hours |

To the extent that this Court determines that attorneys' fees are due to be awarded, Standard Fire respectfully requests that this Court set a reasonable hourly rate for said award.

Respectfully submitted,

s/ Joel S. Isenberg
Brenen G. Ely, 0366-E54B
Joel S. Isenberg, 8855-N76J
Attorneys for Defendant

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
Phone: (205) 802-2214
Fax: (205) 879-4445

2

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

|   |   |
|---|---|
| _____ | Hand Delivery |
| _____ | U. S. Mail |
| _____ | Overnight Delivery |
| _____ | Facsimile |
| __x__ | E-File |

on this the 6th day of February, 2006.

                                                     s/Joel S. Isenberg
                                                     OF COUNSEL

cc:
Jere L. Beasley
W. Daniel Miles, III
Christopher E. Sanspree
BEASLEY, ALLEN, CROW, METHVIN
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103