IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD BELL; KATRINA BELL, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>TRAVELERS PROPERTY CASUALTY )<br>INSURANCE COMPANY, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 2:05 CV 658-T |

## EVIDENTIARY SUBMISSION IN SUPPORT
## OF MOTION FOR SUMMARY JUDGMENT

COMES NOW the defendant, The Standard Fire Insurance Company, incorrectly identified in the Plaintiffs' complaint as Travelers Property Casualty Company (hereinafter referred to as "Standard Fire"), and submits this evidentiary submission in support of its Motion for Summary Judgment herewith:

**Exhibit "A"**   Plaintiffs' Complaint;

**Exhibit "B"**   Affidavit of Richard Steed with attached Report of Professional Inspection Consultants, dated January 27, 2005;

**Exhibit "C"**   Certified Copy of The Standard Fire Insurance Homeowners' Policy;

**Exhibit "D"**   Timeline of events produced by Plaintiffs;

**Exhibit "E"**   Affidavit of Michael David Gibbs with attached referenced Claim Notes;

**Exhibit "F"**   Affidavit of William Bridges with attached Cain & Associates Engineers & Constructors Inc. - Summary Engineering Report, dated December 8, 2004;

**Exhibit "G"**  Affidavit of Daniel Engel with attached Report of Gulf States General Contractors, Inc., dated January 25, 2005;

**Exhibit "H"**  Affidavit of Danny Hamner with attached Report of Prickett-Hamner Electric, LLC, dated January 19, 2005;

**Exhibit "I"**  Notice of Removal filed by The Standard Fire Insurance Company;

 

s/Joel S. Isenberg
Brenen G. Ely (0366-E54B)
Joel S. Isenberg (8855-N76J)
Attorney for Defendant The Standard Fire Insurance Company

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
Phone: (205) 802-2214
Fax: (205) 879-4445
bely@smith-ely.com
jisenberg@smith-ely.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

| | |
|---|---|
| _____ | Hand Delivery |
| _____ | U. S. Mail |
| _____ | Overnight Delivery |
| _____ | Facsimile |
| \_\_X\_\_\_ | E-File |

on this the 14th day of February, 2006.

/s Joel S. Isenbeg_____
OF COUNSEL

Jere L. Beasley
W. Daniel Miles, III
Christopher E. Sanspree
BEASLEY, ALLEN, CROW, METHVIN
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103