# Exhibit "E"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD BELL;<br>KATRINA BELL,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS PROPERTY<br>CASUALTY INSURANCE<br>COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO. 2:05 CV
658-T

## <u>AFFIDAVIT OF MICHAEL DAVID GIBBS</u>

1.    My name is Michael David Gibbs. I am a resident of the State of Georgia. I am over the age of nineteen and am competent to testify about the matters contained in this affidavit. I am employed by Travelers Indemnity Company of America ("Travelers") in Alpharetta, Georgia as a General Adjuster. This affidavit is based on personal knowledge and/or business records maintained in the ordinary course of business.

2.    On December 23, 2004, the responsibility of handling the property damage claim made by Donald and Katrina Bell on September 15, 2004 under their homeowners insurance policy issued by The Standard Fire Insurance Company ("Standard Fire") was transferred to me. Thereafter, I made decisions regarding what investigation was required of the loss; coordinated inspections of the subject property; reviewed and evaluated reports prepared of the inspections; and determined what damages claimed by the Mr. and Mrs. Bell were covered losses under the Standard Fire insurance policy.

3.    Prior to my handling of this claim, the claim was assigned to Insurance Claims Adjusting, Inc. ("ICA"), an independent adjusting firm, to inspect the loss and report on the results of that inspection. After their initial inspection, ICA requested the assistance of a structural engineer and hired the engineering firm of Cain & Associates to inspect the home's foundation. After receiving the assignment of this claim, I reviewed the report from ICA and determined that, in an effort to expedite the claim, a local contractor needed to review the estimate at the loss site. I also obtained and reviewed the report from Cain & Associates. After reviewing this report, I determined that a more in depth inspection was required of the property before a decision could be made as to

covered loss. I contacted Daniel Engel of Gulf States General Contractors, Inc. and requested the he inspect the property as part of our continuing investigation. Mr. Engel performed an initial inspection on December 26, 2004. After talking to Mr. Engel, I personally inspected the property on December 27, 2004 and determined that a follow up inspection was required in order to further investigate and evaluate the loss and determine what, if any, damage was a result of a covered loss under the Standard Fire insurance policy. On January 19, 2005, I accompanied Richard Steed of Professional Inspection Consultants, Inc.; Daniel Engel of Gulf States General Contractors, Inc.; and Danny Hamner of Prickett-Hamner Electric, LLC to the property. Once I had the opportunity to study and evaluate each of the reports submitted as a result of these inspections, I made a determination that only part of the claims made by Mr. and Mrs. Bell were covered losses under the Standard Fire insurance policy.

4.      After concluding this investigation, I issued payment to Mr. and Mrs. Bell for those damages which were covered losses under the Standard Fire insurance policy, minus their deductible, pursuant to the terms and conditions of Mr. and Mrs. Bells' policy.

5.      I spoke to Mr. Bell following his receipt of theses payments. He stated that the amounts paid for alternate living expenses and for personal property loss were acceptable, and he had no complaint with Standard Fire with regard to these items. Attached to the affidavit is a true and correct copy of the claim note I made in reference to this conversation. This claim note is a business record maintained in the ordinary course of business and accurately reflects my conversation with Donald Bell.

6.      Also attached to this affidavit are true and correct copies of claim notes made in reference to this claim. These claim notes are business records maintained in the ordinary course of business and accurately reflect information regarding the handling of this claim.

STATE OF GEORGIA
COUNTY OF

_Michael David Gibbs_
Michael David Gibbs

STATE OF GEORGIA
COUNTY OF

I, _Sue A. Logan_, a Notary Public in and for said County and State, hereby certify that Michael David Gibbs, whose name is signed to the foregoing and who is known to me, acknowledged before me this day, that being informed of the contents thereof, he voluntarily executed the same on the day of its date.

Given under my hand and seal this the _14th_ day of February, 2006.

Notary Public: _Sue A. Logan_
My commission expires: _03-14-07_

```
AFO: 877                 CPCS NOTE PRINT          DATE 05/16/04
                         07/05/05                 15R6586 K FR
DONALD BELL              14:33                     DCH /DG
                                                  PG  1 OF 20
```

**** 09/16/04    FILE RES INITIAL ASSIGNMENT
OFFICE: 266 ASSIGNED TO CAT! - CATASTROPHE SUPERVISOR-A266
          IN GROUP: _____              IN TERRITORY: 011
          *OFFICE ASSIGNMENT DETERMINED USING IMPACT PROFILES*

**** 09/16/04 NOT  FILE GEN NOTICE TAKER INFORMATION
OFFICE     : 249  - HOUSTON PL CLAIM - TCC
NOTICE TAKER: NCT - NATASHA TURNER
TELEPHONE  : (866) 661-9042

**** 09/16/04 DBOO FILE GEN DESCRIPTION OF LOSS TAKEN BY CCC - HOUSTON
HURRICANE IVAN CAUSED DMG TO ROOF WHICH IS NOW LOOSE AT EDGES W/FLAPPING,TR
EES DOWN LAYING ON PAVILLION & GAZEBO,WATER DMG TO INTERIOR CEILINGS,WALLS,
DRAPES,HARDWOOD FLOORING,FOOD SPOIL

**** 09/16/04 CBCO FILE GEN REMARKS NOTE TAKEN BY CCC - HOUSTON
//TRAVERO REMARKS: ***** BUILDING DAMAGE NOTES:
CAT CODE 36,EXPLAINED CLAIM PROCESS,CALLER STATES THAT POSSIBLY DMG TO BARN
,POWER HAS BEEN OUT SINCE LAST NIGHT,& STORM STILL GOING ON POSSIBLY MORE D
MG TO COME/2ND STORY HAS MOST DMG.

**** 09/16/04 SYS  001  GEN ISO CLAIMSEARCH SUBMISSION
CLAIM INFORMATION SENT TO ISO FOR: INITIAL CLAIMSEARCH REPORT_____

**** 09/16/04 SYS  001  GEN ISO NO MATCH REPORT
NO ISO CLAIM SEARCH MATCHES WERE FOUND

**** 09/16/04 T800 FILE GEN WORKFLOW/MITIGATION CHECKLIST(S) INFO TAKEN BY
--------------------------------------------------------------------------
Information Discussed with the Insured:
- Advised Insured the claim handler will investigate the claim, review cove
rage, and discuss the handling of the claim.
--------------------------------------------------------------------------
Windstorm/Hail Mitigation:
- Protect your property from any further damage.  If temporary repairs are
needed, contact a contractor.
- The claim handler will evaluate the reimbursement of any emergency expens
es.  We are not committing to coverage or reimbursement of emergency expens
es.
--------------------------------------------------------------------------
Trees Mitigation:
- Protect your property from any further damage.
- Complete temporary repairs such as covering up holes in the roof with a t
arp and boarding up broken windows.
- If a tree or limbs are on the building make arrangements to have the tree

05 186 14 33 JA

SF_0036

```
APD: E77              CPCS NOTE PRINT          DATE 05/16/04
                        07/05/05              LSR6386 E TR
DONALD EELL             14:33                   DCH /DG
                                              PG   2 OF 20
```

removed   If necessary, have debris cleaned up or obtain an estimate for t
he removal / clean up costs.
- The claim handler will evaluate the reimbursement of any emergency expens
es.  We are not committing to coverage or reimbursement of emergency expens
es.
--------------------------------------------------------------------
Water Damage Mitigation:
- Protect your property from any further damage.
- Attempt to stop the source of the water leak immediately.  If necessary,
contact a plumber or other professional to stop the flow of water.
- Clean up the water. Use either a wet vacuum or towels. Please do not use
a regular vacuum to clean up water.  If necessary contact a professional cl
eaning service to extract water.
- Save and set aside any damaged items and begin preparing a list of all da
maged items.
- The claim handler will evaluate reimbursement of emergency expenses. We a
re not committing to coverage or reimbursement of emergency expenses.

**** 09/17/04 ZSHY FILE RES   CLAIM TRANSFER REASSIGNMENT
OFFICE: 266 Reassigned via Claim Transfer by: ZSHY-SUSAN M YECKLEY   Transf
erred from: CAT1-CATASTROPHE SUPERVISOR-A266 to ICA1 - INDEPENDENT APPR (IC
A1)

**** 09/17/04 ZSHY 001 RES  CLAIM TRANSFER REASSIGNMENT
OFFICE: 266 Reassigned via Claim Transfer by: ZSHY-SUSAN M YECKLEY   Transf
erred from: CAT1-CATASTROPHE SUPERVISOR-A266 to ICA1 - INDEPENDENT APPR (IC
A1)

**** 09/17/04 ZJMH FILE    ESCALATION
ESCALATED CLAIM - ASSIGNED LOSS - SENT E-MAIL AND FAX TO IA TO CONTACT INSD
TODAY

**** 09/19/04 MMM FILE    Contact
Attempted to call insured 334.746.2609. The call would not go through.
Possibly phone problems due to storm.

**** 09/20/04 CH  FILE    Insd would like to be contacted on business # b
Insd would like to be contacted on business # because phone system is still
not working. Ph# 334-335-3311, 8am-5pm.

**** 10/17/04 ZJMH FILE RES   CLAIM TRANSFER REASSIGNMENT
OFFICE: 003 Reassigned via Claim Transfer by: ZJMH-JEAN M HARPER   Transfer
red from: ICA1-INDEPENDENT APPR (ICA1) to ICA1 - INDEPENDENT APPR (ICA1)Cha
nging  name  of manager

05 186 14 33 JA
```

SF_0037

```
  APD: 877              CPCS NOTE PRINT           DATE 09/16/04
                          07/05/05             L5EE586 K FR
                           14:33                    DOB /DG
  DONALD BELL                                    PG   3 OF 20
```

**** 10/17/04 2JMH 001  RES  CLAIM TRANSFER REASSIGNMENT
OFFICE: 503 Reassigned via Claim Transfer by: 2JMH-JEAN M HARPER  Transfer
red from: ICA1-INDEPENDENT APPR (ICA1) to ICA1 - INDEPENDENT APPR (ICA1)cha
nging  name of manager

**** 11/30/04 2GGF FILE     FILE REVIEW
Rec'd following e mail from adj, via ICA mgmt.

this house is a 1880 historic house.  wind has shifted each rooms wall,
rain has come in thru the roof and i'm not sure where else and warped all
walls,floors and ceilings. the floors,walls,&ceilings are all wood. there
is movement. the walls have moved.  i think an engineer should inspect this
 property. please e-mail me with the name of  a company that is in
montgomery, alabama. we should get someone out there asap. i will set
reserves on this property.

In my absence, TS B Coffin, located a geo referral engineer & I've since
relayed that info to ICA mgmt.

**** 12/08/04 2BDC FILE    Engineer for inspection of loss
Gregg,


The only hit I found was as follows:

                                            Cain &

Associates Engineers & Company, INC.

                                            Contact: Hal K.

  Cain

                                            (251) 661-2605

                                            (251) 660-1541

                                            3751 Cottage

Hill Rd.

                                            P.O. Box 16313

                                            Mobile, AL

36609

                                            __ They will

05 166 14 33 JA

| AED: 677 | CPCS NOTE PRINT | DATE 09/16/04 |
|---|---|---|
| | 07/05/05 | L5K65E6 R FP |
| DONALD BELL | 14:33 | DCR /DG |
| | | PG   4 OF 20 |

service all of Alabama.

Engineering Evaluations.                                    Property

[All].                                                      Engineers

Brian Coffin

St. Paul Travelers Dedicated Catastrophe Team

1-860-630-1820 cell number
----Original Message-----
From: Fryer, Gregg G.
Sent: Monday, November 29, 2004 9:55 AM
To: Coffin, Brian D
Cc: 'clbrown@icaadjusters.com'; Fryer, Gregg G.
Subject: FW: L5K6586 donald bell

Brian,

I m heading out the door to the airport & already closed out of Impact.
Can you pull up the geo list & see if we have an engineer in Montgomery?

Thanks

----Original Message-----
From: Brown, Chuck [mailto:CLBrown@ICAADJUSTERS.com]
Sent: Monday, November 29, 2004 9:43 AM

SF_0039

To: Pryer,Gregg G.
Subject: FW: L5K6586 donald bell
Greg,


05 186 14 33 JA

AFD: 877              CKCE NOTE PRINT        DATE 09/16/04
                         07/05/05            L5K6586 K FR
CONALD BELL              14:33               CCH /DG
                                              PG  5 OF 20

We need assistance with this asap..

Chuck




-----Original Message-----
From: Rgrnh@cs.com [mailto:Rgrnh@cs.com]
Sent: Monday, November 29, 2004 9:44 AM
To: clbrown@icaadjusters.com
Subject: L5K6586 donald bell


chuck,

this house is a 1680 historic house.  wind has shifted each rooms wall,
rain has come in thru the roof and i'm not sure where else and warped all
walls,floors and ceilings. the floors,walls,&ceilings are all wood. there
is movement. the walls have moved.  i think an engineer should inspect this
 property. please e-mail me with the name of  a company that is in
montgomery, alabama. we should get someone out there asap. i will set
reserves on this property.

thanks,
ronnie greenhouse

**** 12/21/04 ZGGF FILE    FILE REVIEW
Rec'd ICA's report, indicating the following damages:

Bldg: $221,064.00 (B limits of $214,000)
Cont:  11,124.00
OS:       447.50

SF_0040

Total: $232,636.13

An engineer with the firm of Cain & Associates has since inspected the loss
& has reported the metal roof was damaged during the storm, allowing
moisture to enter the structure & damage the ceilings, walls & floors. No
temp repairs were conducted & a dry out will be neccessary prior to
commencing repairs.

Called MCU to report above. Also, since a CFA was not submitted by the IA

05 186 14 33 JA

| AFO: 677 | CPCS NOTE PRINT | DATE 09/16/04 |
|----------|-----------------|---------------|
|          | 07/05/05        | L5K6586 K FA  |
| DONALD BELL | 14:33        | DCH /DG       |
|          |                 | PG   6 OF 20  |

on this loss, will have staff adjuster do so.

**** 12/22/04 SYST 001    QUEUED FINANCIAL RECORD
ESTIMATE QUEUED TO SUPERVISOR: ZGGF IN OFFICE: 266 FOR CLAIM: L5K6586
CLAIMANT: 001

**** 12/22/04 SYST 001    QUEUED FINANCIAL RECORD
ESTIMATE QUEUED TO SUPERVISOR: SAT  IN OFFICE: 266 FOR CLAIM: L5K6586
CLAIMANT: 001

**** 12/22/04 SYST 001    QUEUED FINANCIAL RECORD
ESTIMATE QUEUED TO SUPERVISOR: SAT  IN OFFICE: 266 FOR CLAIM: L5K6586
CLAIMANT: 001

**** 12/22/04 ZGGF FILE    RESERVE RATIONALE - 96
Requested following reserves:

B - $160,000
FPR - $5000
ALE - $5000
EXP - $5000

Completed & submitted SLR to SAT.

**** 12/23/04 LMK   FILE SUB subro review
CAT 30 loss from hurricane Ivan

I have reviewed the file notes and it appears that the home was constructed
 in 1980 and the damages are a direct result of the high winds and rain
from the hurricane. I will be closing this subro referral and if new
information is developed that would lead to an avenue of pursuit is found,

SF_0041

I will reopen the file and review.

Advising GA of closing and will ask that he advise if any new info develops
for review.

**** 12/23/04 ZGGF FILE    FILE TRANSFER
Rec'd tc from Laurie at MC, file will be reassigned to David Gibbs. Transfer-
ring loss to AFOB??.

**** 12/23/04 ZGGF FILE GEN  CLAIM OFFICE TRANSFER
File Transfered by: ZGGF-GREGG FRYER   Transferred from: ICA1-INDEPENDENT A
PPR (ICA1) in office  to 877-HO MAJOR CASE - PROPERTY

**** 12/23/04 ZJDF FILE     Called insured


OS 186 14 33 JA




AFC: 877              CPCS NOTE PRINT           DATE 09/16/04
                            07/05/05             LEK6586 K FR
                                                     DCB /DG
DONALD BELL              14:33                     FG   7 OF 20


I discussed file w/ UM Gf. He advised I call insured and have them put a
temp repair on the roof to prevent any more moisture getting into the home.
 I called the insured and left a message w/ my contact info and contact
info for two geo contractors that they can try:

B. A. Parson Contracting Co. Inc.
315 W Fleming Rd
Montgomery, AL 36105
(334)-288-0351

Lawson Construction Co, L.L.C.
323 Randolph St
Montgomery, AL 36104
(334)-264-5055

**** 12/23/04 HMT  001  SUB SUBRO REFERRAL
A SUBRO    REFERRAL WAS MADE ON 12/23/2004 FOR CLMT 001
BY HMT  IN OFFICE 295

**** 12/23/04 SYS  001  GEN XACTIMATE REQUEST
XACTIMATE REQUEST SENT TO MGIBBS   ON 12/23/2004

**** 12/23/04 SYS  001  GEN XACTIMATE REQUEST REJECTED
XACTIMATE REQUEST SENT TO MGIBBS   ON 12/23/2004 WAS REJECTED.
ERR21  Address TRAVELERS.CHARLOTTE.NC.MDG does not have profile 68 install
e

SF_0042

**** 12/23/04 FG   FILE RES  REASSIGNMENT
OFFICE: 877 Re-assigned by: FG  -FAYMA GRAHAM   Transferred from: X40 -CLAI
MANT REFERRED to DG - MICHAEL GIBBS

**** 12/23/04 FG   001  RES  REASSIGNMENT
OFFICE: 877 Re-assigned by: FG  -FAYMA GRAHAM   Transferred from: X40 -CLAI
MANT REFERRED to DG - MICHAEL GIBBS

**** 12/23/04 SLO  001  RES  REASSIGNMENT
OFFICE: 295 Re-assigned by: SLO -SUSAN O'CONNOR   Transferred from: - to LM
B - LYNETTE KOCIALSKI

**** 12/23/04 DG   FILE ADM Received new loss. Called insured to advise th
Received new loss.
Called insured to advise that I had his claim, he went off!!! He said I had
better start on my way there now. I advised that I just gotten the claim
from the Atlanta Office. He told me that he is tired of waiting!! that I am
the 4th person with his claim, enough is enough. I explained that I could

05 186 14 33 JA

APO: 877              CMS NOTE PRINT         DATE 09/16/04
                        07/05/05             LSRG586 K FR
DONALD BELL             14:33                  DCM /DG
                                             PG   8 OF 20

understand him being upset, however I have the claim now. He said the
Independent had already told him that he was finished with the claim and
was turning it in for approval. I told him that I will try to get in touch
with the I/A Ronnie Greenhouse he gave me his number 936-537-8699 to
discuss.

Called Craig Fryer 860-830-1419 to discuss.

Called Mr. Greenhouse to discuss. He said that the insured had someone
re-screw the tin roof back down and recault everything. He said there was
no water coming in the house now.

He told me that he figured replacing all of the wood in the home, wall's,
ceilings, floors. He didn't appear sure that he had written an accurate
estimate , from the standpoint of this type of claim and the t/g wood
interior finish. He admitted he didn't really know that much about it. He
also mentioned that the house had some termite damage that he didn't pay
for.

I asked if he would e-mail me a copy of everything. I told him that it
wasn't anything personal , but that under the circumstances and in an

SF_0043

effort to try and expedite this claim. I was going to contact a local
contractor to have him take the estimate and review at the loss site. He
said he understood.
Called Dick Sweeney to discuss. Lmtrc.

Called B.A. Parson construction, spoke to Bill Parsons to see if he could
get to this loss. He said it was out of his territory.

Called insured back 2:16 P.M., lm on vm that I will have the home inspected
tomorrow by Dan Engel with Gulf States General Contracting 251-766-1681 to
see if we can move this thing forward. I advised the insured that Mr. Engel
will call or he can contact him if neccessary and left his business
number.

Called Mr. Engel he will look at the loss tommorrow December 24th and call
me back.

**** 12/31/04 DG   FILE RIM Received call from Dan Engel on monday. He had
Received call from Dan Engel on monday. He had been to the loss site and
suggested strongly that I should go inspect. He said he could not possibly
relate what the insured is claiming to the actual loss.

I told him that I will inspect on Monday Dec 27th 2004.


05 186 14 33 JA


AFO: 877             CFCS NOTE PRINT          DATE 09/16/04
                        07/05/05             LSK6586 A FR
DONALD BELL              14:33                    DCH /DG
                                            PG   9 OF 20

**** 01/04/05 DG   FILE RIM I inspected the loss on the 27th. The insured s
I inspected the loss on the 27th. The insured showed up to let me in. Based
on my inspection I cannot relate that much damage from water or the storm.

I called Cain Engineering they had inspected the loss. I advised him that I
didn't have his report. He said he would over night it to me.

I received the engineering report. They only inspected the house for
foundation movement. They weren't ask to check out the attic or the roof
structure to establish where and how water may have gotten in the house. I
told Mr. Cain that I needed a more indepth investigation so that we can
properly write the damage we would owe. I realize that was not his original
instruction. I could tell from his report that the insureds home has
severe termite damage though.

We agreed that we will set up an inspection asap.

Called insured on Friday Dec 30 th 1 a vm to call me.

Received call from the insureds wife on Monday while we were closed.

Called the insureds wife back this morning at 9:05 a.m. To advise that I had seen the engineers report , but it only addressed the foundation. I advised Mrs. Bell that we need to get into the house and address all related issues, structural, electrical etc. I told her that If she could get back to me asap with a day and time we can inspect that I will coordinate having the people needed there. She said she would discuss with her husband and get back to me.

No word from insureds. I called back at 7:17 p.m. I spoke to Mr. Bell. He said he was tired of people going back and why did they have to anyway. I explained that all of the issues relating to the loss have not been addressed. He said that I was just shopping! I advised him that I was using the same engineering firm, and that Mr. Engel will also be there. He got very defensive!! He asked if I had received a report from Mr. engel. I told him that I had not, that he was probably covered up with losses just like me. He kept on talking about how long it's been and that I said I was the last person that would be involved.

I reiterated that was correct, and the engineering company is the same one. I tried to make him understand that, if we have missed something now we will have to come back again, which will just delay everything.

I told him that we are trying to be sure we have addressed everything that was related to his loss completely. He kept on arguing about how long etc.

05 18E 14 33 JA

AFD: 677                  CRCE NOTE PRINT        DATE 09/16/04
                             07/05/05            LSK6586 E FR
DONALD BELL                  14:33                    ECH /DG
                                                PG 10 OF 20

I explained that we are entitled to inspect the loss as often as reasonably necessary, and until we had adressed everything we weren't finished! I told him it appears that he doesn't want us to get through with the loss. I explained the reason I had called last Friday was to try to set up the inspection for today. I told him that if he doesn't want us ther that's ok it's his call, however his claim won't get resolved. He said he would talk with his atty and get back to me with a day and time. I told him that was fine.

He then calmed down a little and said that we could come Thursday at 10:00 a.m. I told him that would be fine. I understood that he was busy and he

SF_0045

could have anyone let us in that was up to him. He said his wife will have
the house unlocked and tell me where to hide the key. I thanked him for his
time.

Called Dan Engel with Gulf States He will be there Thursday.

Called engineer Hal Cain 1m that we can inspect at 10:00 a.m. Thursday.
Called his cell # 1m about inspection date.

**** 01/06/05 DG    FILE ADM Check my vm this morning at 4:31 a.m. before gu
Check my vm this morning at 4:31 a.m. before going to re-inspect this
loss.Insured sent vm after I left office yesterday advising they just found
out they have to be out of town and will not be there to open the house.
They wanted to know if we can come Jan 14th, 17th, 18th. or 19th.

Sent e-mail to insured advising that I will have to see when we can
re-schedule and get back to them.

Called Engineer Hal Cain 1 vm on office # and cell #.
Called contractor Dan Engel 1 vm on office # and cell #.

Received invoice from Cain Engineering for their original inspection for
$4,080.67. Input payment. Their original inspection shows extensive termite
damage in the floor support beams of the home.

**** 01/17/05 DG    FILE ADM Called insured to re-schedule inspection. He wi
Called insured to re-schedule inspection. He will have the house open for
us on Wednesday Jan 19th at 10:00 central time.

Called contractor Dan Engel and structural engineer Ricky Steed to advise.

**** 01/18/05 DG    001  GEN ULAE EXPENSE INPUT MADE BY   DG  -S FOR CLMT #
ULAE EXPENSE INPUT MADE BY   DG  -S FOR CLMT # 001
DATE: 01-18-05    REF NUM: DG00011805C85C20   INVOICE #: L5K6586-1


05 186 14 33 JA


AFO: 877                CPCS NOTE PRINT           DATE 09/16/04
                          07/05/15              L5K6586 K FR
DONALD BELL                14:33                     DCW /DG
                                              PG  11 OF 20

ACTIVITY: INPUT    AMOUNT OF $    370.53
FOR PAYEE: RONNIE GREENHOUSE           EXP DESC: 06

**** 01/24/05 ISO  001  GEN ISO CLAIM SEARCH SUBMISSION
CLAIM INFORMATION SENT TO ISO FOR A REPLACEMENT CLAIM SEARCH REPORT

SF_0046

**** 01/27/05 DG   FILE ADM Met at loss site 01-15-2005 @10:00 a.m. with in
Met at loss site 01-15-2005 @10:00 a.m. with insureds son, Richard Steed
and Glen Brown structural engineer's with Professional Inspection
Consultants Inc, Dan Engel with Gulf States contracting company, and Danny
Hamner an electrician with Prickett-Hamner Electric.

Mr. Hamner inspected all of the electric circuits in the house and in the
pump house. The transformer for the sprinkler system had been shorted out
by the storm. The lights and outlets were checked in the house. No problems
were found with them as a result of the storm.

The engineers went into the attic each room and underneath the home to
inspect. They are in the process of forwarding their report, however based
on their discussion at the loss site, the only thing they were able to
connect with the loss was the obvious ceiling areas that were stained from
the water, there was also outside damage to a small area of the tin roof, 1
arbor, and a 10' section of fence. There were also 3 trees that needed to
be removed from covered structures.

Mr. Engel completed and forward an estimate to me this morning for
$4,492.54 for other structures and $2,915.59 for the dwelling. I will
contact the insured to advise as soon as I receive the written report from
Ricky Steed.

**** 02/01/05 DG   FILE ADM Received estimate back for repairs from Daniel
Received estimate back for repairs from Daniel Engel. The damage for the
dwelling came to $2,915.59-$500.00 deductible =$2,415.59. The estimate for
the other structures came to $4,492.54. Check issued to insd and mortgage
company $6,908.13 and sent to the insured. Since the claim was very small
in nature and the home other than the pre existing damage was in reasonably
decent shape, no depreciation was applied to the effected areas.

Received report from PIC, INC Engineering company. As I had felt from my
original inspection the majority of the damage the insured had claimed is
pre-existing, except for the obvious tree damaged areas and leaks to the
ceilings. The walls and the floors are capped, but you can also tell from
the paint on them and in the joints between it has not been disturbed,
which shows that they were in this condition when they were painted last!(
see engineers report for more information).

05 186 14 33 JA

AFO: 877                CPCS NOTE PRINT          DATE 09/16/04
                           07/05/05              15X65E6 K FR
DONALD BELL                14:33                 DCH /DG
                                                 PG 12 OF 20

Called insured s work number to advise that I had the estimates and the

SF_0047

engineers report. I got his vm I left a message on it that I was issuing
the payment and that he needs to get something done immediately about the
roof. I explained that he should have already done so, as he has to take
the necessary steps to mitigate his damages. I advised him that the
contractor Mr. Engel was ready and willing to perform all of the work upon
his request. I left word for him to call me if he has any questions. I will
follow up with a letter to the insured.

Called Dan Engel to discuss. He said he had already spoken to the insured s
wife and sent them a copy of the repair estimates. He also told Mrs. Bell
that if her husband would give him permission he will get the roof fixed
immediately and finish all of the repairs if he wanted. Mr. Engel said he
has not heard back from either party.

Revised reserves.

**** 02/07/05 DG   FILE ADM Insured / Risk:     Insured sustained some damag
Insured / Risk:


Insured sustained some damage from Hurricane Ivan. An independent was

contacted to do the inspection. After his inspection the independent was

involved in an auto accident after leaving the site and was in a coma for

over a month. Another adjuster from the same firm was assigned the loss and

after his report came in to Travelers. It was assigned to me. Inspected

the loss 12-27-04.


The insured s are 47 year old Donald Bell and his wife 31 year old Katrina.

Mr. Bell has been employed by Hicks Distributors for the past 20 years.

They sell hunting, and fishing equipment. Mrs. Bell is a housewife.

They have 2 children Derek age 21 who is a college student and Marissa age

23 also in college. There are no smokers in the household.


05 186 14 33 JA

SF_0048

DONALD EELL          07/05/05          LSE6566 E FR
                     14:33             DCH /DG
                                       PG  13 OF  20

The insured s have 2 mortgages on the property. The 1st mortgage is with

Principal Residential with a Balance of $173,000.00 and a $1,381.00 monthly

payment. The 2nd mortgage is with South trust. It has a balance of

$100,000.00 with a $390.00 monthly payment. All payments are current based

on inured statement. The insured s have owned the home about 3 years.


The risk was originally built in the 1800's and is approximately 170 years

old on 5 acres of land. It is a wood sided 2 story structure on a crawl

space. The approximate square footage is 2,448 with a 282 square foot

covered front porch. The home consist of a kitchen, library, parlor, dining

room, butler pantry front and rear foyers, utility area, and bathroom on

the lower level. The upper level has 2 bed rooms and a storage area. One of

the bed rooms has a tub, toilet and sink that is open.


An ITV was completed for $187,240.00.


Coverage:


Coverage is provided by an HO-3  6-91 special form with the following

endorsements:


HO-828    12-02    Limited Fungi / Other Microbes / Rot Remediation $10,000.
HO-216    07-77    Premises Alarm/ Fire Protection / Dead Bolts.


05 186 14 33 JA

```
AFO: 877            CPCS NOTE PRINT           DATE 05/16/05
                        07/05/05            1586586 K FR
DONALD BELL              14:13                    DCH /DG
                                            PG  14 OF  2)
```

58064   C6-99   Value Added Package.

HA-300 AL 12-02   Special Provisions - Alabama.


The policy has been in effect since 06-2001. The loss date falls within the

coverage period of 06-26-2004 to 06-26-2005 and from a covered peril

Windstorm. There is a $500.00 deductible on the loss.
Inflation Guard:


Not applicable on this loss.


Loss Facts:


The insured reported the loss on 09-15-2004. Because of the location and

the amount of storm losses, the claim was assigned to Insurance Claims

Adjusters Inc. out of Charlotte NC. The original claim handler was Travis

Cartwright. He had inspected the loss and completed his photos and scope,

however after leaving the loss site he was in a serious auto accident

leaving him in a coma. The I/A company assigned Ronnie Greenhouse to go

back and inspect. Mr. Greenhouse didn't have any of the original claim

handlers information at the time. He completed an estimate based on what

was visible and what the insured alleged had occurred to all of the
interior wall and floor finishes. Mr. Greenhouse completed an estimate for

$221,064.63 for dwelling repairs and tree removal and $11,124.00 for

contents loss. He calculated $447.50 for other structures damage. The grand

05 186 14 33 JA

```
AFO: 377              CPCS NOTE PRINT        DATE 09/16/04
                        07/05/05             LSKG586 K FR
DONALD BELL            11:33                    DCH /DG
                                            PG 15 OF 20
```

total came to $232,636.13.


After his report was sent in to the Travelers. It was assigned to me. After

I reviewed the report called the insured who was very demanding and short

with me. He kept telling me that I was the 4th person and it had been 3

months etc. I explained that in an effort to expedite the claim, I will

have a local contractor come on out and inspect. I called Dan Engel with

Gulf States General contractors. He said he would be out that weekend. He

inspected and called me back and said I definitely needed to see the loss.

He said the insured was trying to allege that all of the walls and floors

and ceiling were damaged by water. He said there was no way he could relate

it. I met with the insured and inspected the loss on Dec 27th 2004.


Damages:


Based on my inspection the estimate completed was out of line. The damage I

saw in relation to the storm was small. However the insured was telling me

that the walls, floors , ceilings were all warped as a result of the

massive water damage the home received. After I inspected I told the

insured that I would be back in touch. I contacted Cain Engineering firm.

They had been hired by the independent adjuster to check out the

foundation. I ask them to forward their report. I received the report from

Cain it only addressed the foundation, however it made mention of the walls

05 196 18 33 JA

AFG: 877                CXS NOTE PRINT           DATE 05/16/05
                          07/05/05              L5K6586 K ER
DONALD BELL               14:33                     DCE /DG
                                                  PG  16 OF 20

and floor damage the insured told them was connected. I ask them if they
went into the attic they said they had not. I advised them that with the
blown in insulation it will be easy to tell where it had gotten wet because
it will lay down and matt together. Mr. Cain said that was true. But they
were not asked to check the attic.


I called the independent Ronnie Greenhouse and advised on what I had seen
in regard to actual damage . He said the insured was very pushy in showing
him where to look and claiming that all of the wood in the home was warped
from the storm. I explained that I was going to have an engineer inspect
the attic area to address exactly where water came in.
Completed the follow up inspection on Jan 19th 2005, with structural
engineer Richard Steed and contractor Dan Engel and electrical contractor
Danny Banner. After completing the inspection Mr. Steed concluded that the
walls and floors were pre-existing and not related to our loss and that
only the actual water stained ceiling areas were related.


Dan Engel's Estimate for repairs came to $4,492.54 for other structures and
$2,915.59 for the dwelling. Copies of the estimate were sent to the
insured along with a certified letter advising him that he needs to get the
roof repairs done immediately. Payment was also issued minus the $500.00
deductible.

SF_0052

05 186 14 53 JR

AFO: B77            CPCS NOTE PRINT            DATE 09/16/C4
                    07/05/05            L5K6586 K FR
DONALD BELL         14:33               DCH /DG
                                        FG 17 OF 20

Information and photos have since been recovered from the original claim

handler and are in the file.

Contents:


Based on the photos and the actual inspection of the home, any damage to

personal property should be very minor. I will have to schedule an

inspection of the claimed items, which the insured s wife said they still

have. In the photos I received from the original claim handler, I could see

what appeared to be a water stained table cloth. The insured s submitted a
move out expense of $4,800.00 and a move back expense of $4,800.00 These
items are still to be addressed with insured.




Additional Living Expenses:


The insured's are renting a house they found for $1,200.00 per month for 6
months. The actual time needed to complete the repairs would be about 4 to
6 days. These items are still to be addressed with insured.

SF_0053

Subrogation / Indemnification / Contribution Details / Apportionment /

Recovery:


None that I am aware of.


05 186 14 33 JA







| AFO: 877 | CFCS NOTE PRINT | DATE 09/16/04 |
|---|---|---|
| | 07/05/05 | L5K6586 K FR |
| DONALD BELL | 14:33 | DCE /DG |
| | | PG 18 OF 20 |

Salvage:


None


Experts:


Cain & associates.

Professional Inspection Consultants Inc.

Prickett-Hammer Electric.

Dan Engel General Contractors.

Plans for Future Handling:


Diary for follow up with the insured to address Personal Property and Ale.


Loss Prevention by Insured that have avoided or minimized loss:
The loss couldn't have been avoided.

However the insured should have covered the roof ASAP after the loss which

was 3 months ago. As late as my last inspection he has still not done so!


Completed CFA e-mailed. Copy in file.

**** 02/19/05 DG   FILE ADM Loss Adjustment
Received original engineers report and invoice for $1,525.00 input payment
to PIC. INC.


05 186 14 33 JA




| AFO: 877 | CPCS NOTE PRINT | DATE 09/16/04 |
|---|---|---|
| | 07/05/05 | 15K65E6 K FR |
| DONALD BELL | 14:33 | DCH /DG |
| | | PG 19 OF 20 |


Received invoice from Gulf States General Contractors Inc. for inspection
services for $751.80. Input payment.

**** 02/28/05 DG   001  ADM Loss Adjustment
Still no word from insured. Received signed receipt for the letter that
was sent to the insured.

I spoke to contractor Dan Engel he said that he has called again and again
and the insured has not returned any of his calls.

Set 180 day reserve.

**** 03/02/05 DG   001  ADM loss Adjustment
Called insured office left message on insured vm to call me so we can see
about resolving the contents and ale portion of the loss.

**** 03/04/05 DG   001  ADM ▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬

 Still no word from insured. Input check for Ale $6 Mos at $1,200.00 per
=$7,200.00. Paid moving expense $9,600.00(cut $4,800, in $4,800); paid for
contents loss items $13,610.00.List in file.

Closing file.

**** 03/15/05 DG   FILE ADM Loss Adjustment
Received vm call from Mr. Bell on Friday 11th. He ask that I call after

SF_0055

6:30 p.m. Called at 8:00 p.m. he was gone his wife said. I told her that I
would try back later. Called back  left vm.

Called later he was in the shower. I advised that I will try on Saturday.

Called insured Saturday March 12th Insured was in the shower. I advised
Mrs. Bell that I will try him again later.

Called Insured Sunday got vm left word that I will be in office Monday.

Recv vm from insured Monday. Called back to his work he was out.
Called insured back. He said he had gotten the check for ALE and the
Personal Property and that was fine. But he didn't think that Mr. Engle's
estimate was enough to fix the home. I explained to him that Mr. Engel was
more than glad to do the repairs and had in fact called and left messages
to that effect about 6 time with no call back.

Mr. Bell said he thought that the estimate that Mr. Green house had done

05 186 14 33 JA

| AFO: 877 | CPCS NOTE PRINT | DATE 09/16/04 |
|---|---|---|
| | 07/05/05 | L5K6586 K FR |
| | 14:33 | DCB /DG |
| DONALD BELL | | PG 20 OF 20 |

was approved. I explained that it wasn't! I told him that the only
approved estimate is the one from Mr. Engel based on our inspection with
the engineers and the actual storm damage done to the house. I explained
we couldn't pay anymore than we owe. He said so Travelers isn't going to
pay any more. I advised him based on what we have inspected no.

I then said look Mr. Bell and he hung up the phone!!!!

Called contractor Dan Engel. He told me that he never received a call from
the insured and would be glad to do the repairs for his estimate.

•••• 05/06/05 DG  FILE ADM Loss Adjustment
Received call from insd Mrs. on Tuesday May 3rd 2005. She said there were
a couple of things she wanted to discuss. I advised her that I was out of
town and would call her today.
Called insured to discuss claim. She said there well pump may not work and
that a couple of the deck slats for the tin were damaged. I advised her
that she could have the repairman give me a call and I will discuss it
with them.

05 186 14 33 JA

SF_0056