# Exhibit "G"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DONALD BELL; KATRINA BELL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:05 CV 658-T |
| | ) | |
| TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF DANIEL ENGEL

1.    My name is Daniel Engel. I am a resident of the State of Alabama and am over the age of (19) nineteen years. This affidavit is based on my personal knowledge and/or on business records maintained in the ordinary course of business.

2.    I am employed with Gulf States General Contractors, Inc. as a project estimator. During the course of my employment, David Gibbs contacted me to inspect a home owned by Donald and Katrina Bell. This home is located at 9030 County Road 59, Pine Apple, Alabama, 36471.

3.    I inspected the 9030 County Road 59, Pine Apple, Alabama property on December 26, 2004 and again on January 19, 2005. The purpose of my inspection was to determine the extent of any damage related to storms associated with Hurricane Ivan to the home and outbuildings located on the subject property and to provide an estimate of the cost to repair this damage.

4.    Attached to this affidavit is a copy of the cost estimates that I prepared following my inspection of the subject property. These cost estimates are business records maintained in the

ordinary course of business and they accurately reflect my investigation of the subject property. I

swear and affirm that the statements made in these cost estimates are true and correct.

STATE OF ALABAMA
COUNTY OF MOBILE

_Daniel Engel_
Daniel Engel


STATE OF ALABAMA
COUNTY OF

I, _Tammy Vincent_, a Notary Public in and for said County and State, hereby certify
that Daniel Engel, whose name is signed to the foregoing and who is known to me, acknowledged
before me this day, that being informed of the contents thereof, he voluntarily executed the same on
the day of its date.

Given under my hand and seal this the _10th_ day of February, 2006.

Notary Public: _Tammy Vincent_
My commission expires: _1-11-09_

**Gulf States**
General Contractors, Inc.

## GULF STATES GENERAL CONTRACTORS, INC.

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422 Office
(251) 343-7221 Fax
gulfstate@comcast.net

| | | | |
|---|---|---|---|
| Customer: | DONALD & KATRINA BELL | Home: | (251) 746-2609 |
| | | Business: | (334) 335-3311 |
| Property: | 9030 COUNTY RD 59 | | |
| | PINE APPLE, AL 36741 | | |
| Claim Rep: | DAVID GIBBS | | |
| Invoiced By: | DANIEL ENGEL | Cellular: | (251) 786-1881 |
| Title: | Contractor Representative | | |
| Company: | Gulf States General Contractors, Inc | | |
| Business: | 917 Western America Cir., Ste. 504 | | |
| | Mobile, AL 36608 | | |
| Tax ID Number: | 63-1273961 | | |

| Claim Number | Type of Loss | Deductible |
|---|---|---|
| - | WIND | $ 0.00 |

Dates:

| | | | |
|---|---|---|---|
| Date of Loss: | 09/16/04 | Date Received: | 12/23/04 |
| Date Inspected: | 12/26/04 | Date Entered: | 01/25/05 |

Estimate:    BELL_OTHER_STRUCTURE

**Gulf States** 
General Contractors, Inc.

# GULF STATES GENERAL CONTRACTORS, INC.

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422 Office
(251) 343-7221 Fax
gulfstate@comcast.net

## BELL_OTHER_STRUCTURE

**Room: SPRINKLER**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Electrical repair - Minimum charge | 1.00 EA | 0.00 | 150.00 | 150.00 |

REPLACE TRANSFORMER FOR EXTERIOR SPRINKLER TIMER IN PUMP HOUSE - RAINBIRD RC-7BI, 7 STATION CONTROLLER.

Room Totals: SPRINKLER — 150.00

**Room: CHICKEN HOUSE**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Wall or roof panel - corrugated | 16.00 SF | 0.96 | 1.31 | 36.32 |
| Ridge cap - metal roofing | 4.00 LF | 0.00 | 2.89 | 11.56 |
| Tree - tear out and disposal - 12" to 24" diameter | 0.50 EA | 412.00 | 0.00 | 206.00 |
| REMOVE TREE FROM FENCE, FAR ENOUGH TO REPAIR THE FENCE | | | | |
| R&R Picket fence, 3 to 4' high | 10.00 LF | 3.28 | 16.02 | 193.00 |
| Seal & paint - wood fence/gate | 60.00 SF | 0.00 | 0.59 | 35.40 |
| BOTH SIDES | | | | |
| HAUL TREE DEBRIS - LIMIT | 1.00 EA | 500.00 | 0.00 | 500.00 |

$500 LIMIT FOR DEBRIS REMOVAL - LINE ITEM EXEMPT FROM MATERIAL TAXES AND OVERHEAD AND PROFIT - JUST A STRAIGHT LIMIT.

Room Totals: CHICKEN HOUSE — 982.28

BELL_OTHER_STRUCTURE

Page: 2

SF_0346



**Gulf States**
General Contractors, Inc.

## GULF STATES GENERAL CONTRACTORS, INC.

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422 Office
(251) 343-7221 Fax
gulfstate@comcast.net

**Room: ARBOR**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Picket fence gate - 3'to 4' high | 7.00 LF | 3.28 | 27.27 | 213.85 |
| R&R Picket fence, 3'to 4' high | 6.00 LF | 3.28 | 16.02 | 115.80 |
| Seal & paint - wood fence/gate | 52.00 SF | 0.00 | 0.59 | 30.68 |
| Fencing Installer - per hour | 2.00 HR | 0.00 | 42.01 | 84.02 |
| REMOVE HARDWARE AND REPLACE FOR FENCING/GATE AREA. | | | | |
| R&R 6" x6" square wood post - treated (3 BF per LF) (material only) | 40.00 LF | 1.95 | 4.66 | 264.40 |
| PER THIS LINE ITEM, OVER RIDE PRICE BY DEDUCTING LABOR - THIS IS MATERIAL PRICE ONLY. | | | | |
| 2" x 12" x 8' #2 & better Fir / Larch (material only) | 3.00 EA | 0.00 | 12.24 | 36.72 |
| 2" x 10" x 8' #2 & better Fir / Larch (material only) | 10.00 EA | 0.00 | 9.52 | 95.20 |
| 2" x 4" x 10' #2 & better Fir / Larch (material only) | 16.00 EA | 0.00 | 3.90 | 62.40 |
| R&R Trim board - 1" x 4" - installed (cedar) | 120.00 LF | 0.20 | 2.75 | 354.00 |
| Carpenter - General Framer - per hour | 8.00 HR | 0.00 | 45.92 | 367.36 |
| Carpentry - General Laborer - per hour | 8.00 HR | 0.00 | 22.50 | 180.00 |
| ONE DAY, LEAD FRAMER AND HELPER | | | | |
| Painter - per hour | 16.00 HR | 0.00 | 36.15 | 578.40 |
| TWO PAINTERS, 8 HOURS EACH, PRIME COAT, AND ONE TOP COAT. | | | | |
| Painting - Minimum charge | 1.00 EA | 0.00 | 135.00 | 135.00 |
| General clean - up | 1.00 HR | 0.00 | 21.06 | 21.06 |
| Haul debris - per pickup truck load - including dump fees | 1.00 EA | 86.57 | 0.00 | 86.57 |

| | | |
|---|---|---|
| Room Totals: ARBOR | | 2,625.46 |

| | | |
|---|---|---|
| Line Item Totals:<br>BELL_OTHER_STRUCTURE | | 3,757.74 |

BELL_OTHER_STRUCTURE

SF_0347



**Gulf States**
General Contractors, Inc.

**GULF STATES GENERAL CONTRACTORS, INC.**

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422 Office
(251) 343-7221 Fax
gulfstate@comcast.net

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls & Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | 0.00 | Area of Face 1 |

SF_0348

**Gulf States**
General Contractors, Inc.

## GULF STATES GENERAL CONTRACTORS, INC.

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422 Office
(251) 343-7221 Fax
gulfstate@comcast.net

### Summary for WIND

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 3,757.74 |
| Overhead | @ | 10.0% x | 3,257.74 | 325.77 |
| Profit | @ | 10.0% x | 3,257.74 | 325.77 |
| Material Sales Tax | @ | 9.000% x | 925.13 | 83.26 |
| **Grand Total** | | | | **4,492.54** |

DANIEL ENGEL
Contractor Representative

BELL_OTHER_STRUCTURE

Page: 5

SF_0349

**Gulf States** **GULF STATES GENERAL CONTRACTORS, INC.**
General Contractors, Inc.

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422 Office
(251) 343-7221 Fax
gulfstate@comcast.net

### Recap by Room

**Estimate: BELL_OTHER_STRUCTURE**

| | | |
|---|---|---|
| SPRINKLER | 150.00 | 3.99% |
| CHICKEN HOUSE | 982.28 | 26.14% |
| ARBOR | 2,625.46 | 69.87% |
| **Subtotal of Areas** | **3,757.74** | **100.00%** |
| **Total** | **3,757.74** | **100.00%** |

BELL_OTHER_STRUCTURE

SF_0350



**Gulf States**
General Contractors, Inc.

# GULF STATES GENERAL CONTRACTORS, INC.

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422 Office
(251) 343-7221 Fax
gulfstate@comcast.net

## Recap By Category

| O&P Items | | | Total Dollars | % |
|---|---|---|---|---|
| CLEANING | | | 21.06 | 0.47% |
| GENERAL DEMOLITION | | | 485.37 | 10.80% |
| ELECTRICAL | | | 150.00 | 3.34% |
| FENCING | | | 531.23 | 11.82% |
| FINISH CARPENTRY / TRIMWORK | | | 330.00 | 7.35% |
| FRAMING & ROUGH CARPENTRY | | | 928.98 | 20.66% |
| METAL STRUCTURES & COMPONENTS | | | 20.96 | 0.47% |
| PAINTING | | | 779.48 | 17.35% |
| ROOFING | | | 11.56 | 0.26% |
| Subtotal | | | 3,257.74 | 72.51% |
| Overhead | @ | 10.00% | 325.77 | 7.25% |
| Profit | @ | 10.00% | 325.77 | 7.25% |
| O&P Items Subtotal | | | 3,909.28 | 87.02% |

| Non-O&P Items | | | Total Dollars | % |
|---|---|---|---|---|
| GENERAL DEMOLITION | | | 500.00 | 11.13% |
| Non-O&P Items Subtotal | | | 500.00 | 11.13% |
| O&P Items Subtotal | | | 3,909.28 | 87.02% |
| Material Sales Tax | @ | 9.000% | 83.26 | 1.85% |
| Grand Total | | | 4,492.54 | |

BELL_OTHER_STRUCTURE

Page: 7

SF_0351

**Gulf States**
General Contractors, Inc.

## GULF STATES GENERAL CONTRACTORS, INC.

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422 Office
(251) 343-7221 Fax
gulfstate@comcast.net

| | | | |
|---|---|---|---|
| Customer: | DONALD & KATRINA BELL | Home: | (251) 746-2609 |
| | | Business: | (334) 335-3311 |
| Property: | 9030 COUNTY RD 59 | | |
| | PINE APPLE, AL 36741 | | |
| Claim Rep: | DAVID GIBBS | | |
| Invoiced By: | DANIEL ENGEL | Cellular: | (251) 786-1881 |
| Title: | Contractor Representative | | |
| Company: | Gulf States General Contractors, Inc | | |
| Business: | 917 Western America Cir., Ste. 504 | | |
| | Mobile, AL 36608 | | |
| Tax ID Number: | 63-1273961 | | |

| Claim Number | Type of Loss | Deductible |
|---|---|---|
| | WIND | $ 0.00 |

Dates:

| | | | |
|---|---|---|---|
| Date of Loss: | 09/16/04 | Date Received: | 12/23/04 |
| Date Inspected: | 12/26/04 | Date Entered: | 01/25/05 |

Estimate: BELL_DWELLING_ONLY

SF_0352

**Gulf States**
General Contractors, Inc.

# GULF STATES GENERAL CONTRACTORS, INC.

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422 Office
(251) 343-7221 Fax
gulfstate@comcast.net

BELL_DWELLING_ONLY

**Room: KITCHEN**                                                          LxWxH  19'0" x 9'6" x 8'7"

| Missing Wall: | 2 - 3'9" X 7'4" | | Opens into E | Goes to Floor | |
|---|---|---|---|---|---|
| Missing Wall: | 2 - 3'7" X 4'10" | | Opens into E | Goes to neither Floor/Ceiling | |
| | 399.61 | SF Walls | 180.50 SF Ceiling | 580.11 | SF Walls & Ceiling |
| | 180.50 | SF Floor | 20.06 SY Flooring | 49.50 | LF Floor Perimeter |
| | 163.08 | SF Long Wall | 81.54 SF Short Wall | 57.00 | LF Ceil. Perimeter |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Refrigerator - 22 cf | 1.00 EA | 0.00 | 0.00 | 20.31 |
| Content Manipulation charge - per hour | 1.00 HR | 0.00 | 22.50 | 22.50 |
| Detach & Reset Window blind - horizontal or vertical | 2.00 EA | 0.00 | 0.00 | 41.26 |
| TWO WINDOW TREATMENTS | | | | |
| Floor protection - self-adhesive plastic film | 180.50 SF | 0.00 | 0.36 | 64.98 |
| COVER AND PROTECT THE FLOOR | | | | |
| Mask and cover large ornate light fixture | 1.00 EA | 0.00 | 14.53 | 14.53 |
| Clean the ceiling | 180.50 SF | 0.00 | 0.16 | 28.88 |
| Seal/prime the ceiling - one coat | 180.50 SF | 0.00 | 0.25 | 45.13 |
| Paint the ceiling - two coats | 180.50 SF | 0.00 | 0.46 | 83.03 |
| Mask and prep for paint | 57.00 LF | 0.00 | 0.61 | 34.77 |
| CUT IN OF PAINT | | | | |

Room Totals: KITCHEN                                                                                       355.39

SF_0353

**Gulf States**
General Contractors, Inc.

# GULF STATES GENERAL CONTRACTORS, INC.

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422  Office
(251) 343-7221  Fax
gulfstate@comcast.net

**Room: DINING ROOM**                                             LxWxH 19'1" x 17'1" x 8'0"

| Missing Wall: | 3 - 3'9" X 7'5" | | Opens into E | Goes to Floor | |
|---|---|---|---|---|---|
| Missing Wall: | 2 - 3'8" X 6'6" | | Opens into E | Goes to neither Floor/Ceiling | |
| Missing Wall: | 1 - 4'10" X 2'0" | | Opens into E | Goes to Floor | |
| 437.90 | SF Walls | 326.01 | SF Ceiling | 763.90 | SF Walls & Ceiling |
| 326.01 | SF Floor | 36.22 | SY Flooring | 56.25 | LF Floor Perimeter |
| 152.67 | SF Long Wall | 136.67 | SF Short Wall | 72.33 | LF Ceil. Perimeter |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Floor protection - self-adhesive plastic film | 326.01 SF | 0.00 | 0.36 | 117.36 |
| COVER AND PROTECT THE FLOOR | | | | |
| Mask and cover large ornate light fixture | 1.00 EA | 0.00 | 14.53 | 14.53 |
| Clean the ceiling | 326.01 SF | 0.00 | 0.16 | 52.16 |
| Seal/prime the ceiling - one coat | 326.01 SF | 0.00 | 0.25 | 81.50 |
| Paint more than the ceiling - two coats | 620.88 SF | 0.00 | 0.46 | 285.61 |
| EXCLUDING WAYNES COAT WITH A NET SF OF OPENINGS AFTER DOOR OPENINGS = 143.02 SF. | | | | |
| Mask and prep for paint | 72.33 LF | 0.00 | 0.61 | 44.12 |
| CUT IN OF PAINT | | | | |

Room Totals: DINING ROOM                                                          595.28

**Room: LIVING ROOM**                                             LxWxH 17'4" x 17'3" x 10'2"

| Missing Wall: | 2 - 3'9" X 7'5" | | Opens into E | Goes to Floor | |
|---|---|---|---|---|---|
| Missing Wall: | 1 - 3'10" X 7'5" | | Opens into E | Goes to Floor | |
| Missing Wall: | 2 - 3'7" X 6'5" | | Opens into E | Goes to neither Floor/Ceiling | |
| Missing Wall: | 1 - 3'7" X 6'5" | | Opens into E | Goes to Floor | |
| 550.16 | SF Walls | 299.00 | SF Ceiling | 849.16 | SF Walls & Ceiling |
| 299.00 | SF Floor | 33.22 | SY Flooring | 54.25 | LF Floor Perimeter |
| 176.22 | SF Long Wall | 175.38 | SF Short Wall | 69.17 | LF Ceil. Perimeter |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Floor protection - self-adhesive plastic film | 299.00 SF | 0.00 | 0.36 | 107.64 |
| COVER AND PROTECT THE FLOOR | | | | |

BELL_DWELLING_ONLY                                                               Page: 3

SF_0354



**Gulf States**
General Contractors, Inc.

## GULF STATES GENERAL CONTRACTORS, INC.

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422 Office
(251) 343-7221 Fax
gulfstate@comcast.net

### CONTINUED - LIVING ROOM

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Window blind - horizontal or vertical | 2.00 EA | 0.00 | 0.00 | 41.26 |
| TWO WINDOW TREATMENTS | | | | |
| Contents - move out then reset - Large room | 1.00 EA | 0.00 | 42.53 | 42.53 |
| Mask and cover large ornate light fixture | 1.00 EA | 0.00 | 14.53 | 14.53 |
| Clean the ceiling | 299.00 SF | 0.00 | 0.16 | 47.84 |
| Seal/prime the ceiling - one coat | 299.00 SF | 0.00 | 0.25 | 74.75 |
| Paint more than the ceiling - two coats | 704.53 SF | 0.00 | 0.46 | 324.08 |
| EXCLUDING WAYNES COAT WITH A NET SF OF OPENINGS AFTER DOOR OPENINGS = 144.63 SF | | | | |
| Mask and prep for paint | 69.17 LF | 0.00 | 0.61 | 42.19 |
| CUT IN OF PAINT | | | | |

Room Totals: LIVING ROOM                                        694.82

### Room: HOME EXTERIOR

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Metal roofing | 126.00 SF | 0.24 | 2.45 | 338.94 |
| 2 PANELS REQUIRED, BUT FACTOR A 3RD. | | | | |
| Metal roofing trim - Detach & reset | 12.00 LF | 0.00 | 1.53 | 18.36 |
| Roofer - per hour | 2.00 HR | 0.00 | 45.31 | 90.62 |
| HEIGHT, AND PITCH CHARGES. | | | | |

Room Totals: HOME EXTERIOR                                        447.92

BELL_DWELLING_ONLY                                        Page: 4

**Gulf States**
General Contractors, Inc.

## GULF STATES GENERAL CONTRACTORS, INC.

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422 Office
(251) 343-7221 Fax
gulfstate@comcast.net

### Summary for WIND

| | | | | | |
|---|---|---|---|---|---|
| Line Item Total | | | | | 2,389.22 |
| Overhead | @ | 10.0% | x | 2,389.22 | 238.92 |
| Profit | @ | 10.0% | x | 2,389.22 | 238.92 |
| Material Sales Tax | @ | 9.000% | x | 539.21 | 48.53 |
| **Grand Total** | | | | | **2,915.59** |

DANIEL ENGEL
Contractor Representative

SF_0356



**Gulf States**
General Contractors, Inc.

## GULF STATES GENERAL CONTRACTORS, INC.

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422 Office
(251) 343-7221 Fax
gulfstate@comcast.net

### Recap by Room

Estimate: BELL_DWELLING_ONLY

| | | |
|---|---:|---:|
| KITCHEN | 355.39 | 14.87% |
| DINING ROOM | 595.28 | 24.92% |
| LIVING ROOM | 694.82 | 29.08% |
| HOME EXTERIOR | 447.92 | 18.75% |
| MISCELLANEOUS | 295.81 | 12.38% |
| **Subtotal of Areas** | **2,389.22** | **100.00%** |
| **Total** | **2,389.22** | **100.00%** |

SF_0357

**Gulf States**
General Contractors, Inc.

# GULF STATES GENERAL CONTRACTORS, INC.

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422 Office
(251) 343-7221 Fax
gulfstate@comcast.net

## Recap By Category

| O&P Items | | | | Total Dollars | % |
|---|---|---|---|---:|---:|
| APPLIANCES | | | | 20.31 | 0.70% |
| CLEANING | | | | 213.12 | 7.31% |
| CONTENT MANIPULATION | | | | 65.03 | 2.23% |
| GENERAL DEMOLITION | | | | 116.81 | 4.01% |
| PERMITS AND FEES | | | | 125.00 | 4.29% |
| PAINTING | | | | 1,348.75 | 46.26% |
| ROOFING | | | | 417.68 | 14.33% |
| WINDOW TREATMENT | | | | 82.52 | 2.83% |
| Subtotal | | | | 2,389.22 | 81.95% |
| Overhead | @ | 10.00% | | 238.92 | 8.19% |
| Profit | @ | 10.00% | | 238.92 | 8.19% |
| O&P Items Subtotal | | | | 2,867.06 | 98.34% |
| Material Sales Tax | @ | 9.000% | | 48.53 | 1.66% |
| Grand Total | | | | 2,915.59 | |

BELL_DWELLING_ONLY

Page: 8

SF_0358

**Gulf States**
General Contractors, Inc

# GULF STATES GENERAL CONTRACTORS, INC.

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422 Office
(251) 343-7221 Fax
gulfstate@comcast.net

| | | | |
|---|---|---|---|
| Customer: | DONALD & KATRINA BELL | Home: | (251) 746-2609 |
| | | Business: | (334) 335-3311 |
| Property: | 9030 COUNTY RD 59 | | |
| | PINE APPLE, AL 36741 | | |
| Claim Rep: | DAVID GIBBS | | |
| Invoiced By: | DANIEL ENGEL | Cellular: | (251) 786-1881 |
| Title: | Contractor Representative | | |
| Company: | Gulf States General Contractors, Inc | | |
| Business: | 917 Western America Cir., Ste. 504 | | |
| | Mobile, AL 36608 | | |
| Tax ID Number: | 63-1273961 | | |

| Claim Number | Type of Loss | | Deductible |
|---|---|---|---|
| | WIND | | $ 0.00 |

Dates:

| | | | |
|---|---|---|---|
| Date of Loss: | 09/16/04 | Date Received: | 12/23/04 |
| Date Inspected: | 12/26/04 | Date Entered: | 01/25/05 |

Estimate: BELL_SUM_TOTAL

SF_0359



**Gulf States**
General Contractors Inc.

**GULF STATES GENERAL CONTRACTORS, INC.**

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422 Office
(251) 343-7221 Fax
gulfstate@comcast.net

BELL_SUM_TOTAL

**Room: KITCHEN**                                                        LxWxH 19'0" x 9'6" x 8'7"

| Missing Wall: | 2 - 3'9" X 7'4" | | Opens into E | Goes to Floor | |
|---|---|---|---|---|---|
| Missing Wall: | 2 - 3'7" X 4'10" | | Opens into E | Goes to neither Floor/Ceiling | |
| 399.61 | SF Walls | 180.50 | SF Ceiling | 580.11 | SF Walls & Ceiling |
| 180.50 | SF Floor | 20.06 | SY Flooring | 49.50 | LF Floor Perimeter |
| 163.08 | SF Long Wall | 81.54 | SF Short Wall | 57.00 | LF Ceil. Perimeter |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Refrigerator - 22 cf | 1.00 EA | 0.00 | 0.00 | 20.31 |
| Content Manipulation charge - per hour | 1.00 HR | 0.00 | 22.50 | 22.50 |
| Detach & Reset Window blind - horizontal or vertical | 2.00 EA | 0.00 | 0.00 | 41.26 |
| TWO WINDOW TREATMENTS | | | | |
| Floor protection - self-adhesive plastic film | 180.50 SF | 0.00 | 0.36 | 64.98 |
| COVER AND PROTECT THE FLOOR | | | | |
| Mask and cover large ornate light fixture | 1.00 EA | 0.00 | 14.53 | 14.53 |
| Clean the ceiling | 180.50 SF | 0.00 | 0.16 | 28.88 |
| Seal/prime the ceiling – one coat | 180.50 SF | 0.00 | 0.25 | 45.13 |
| Paint the ceiling - two coats | 180.50 SF | 0.00 | 0.46 | 83.03 |
| Mask and prep for paint | 57.00 LF | 0.00 | 0.61 | 34.77 |
| CUT IN OF PAINT | | | | |

Room Totals: KITCHEN                                                                         355.39

SF_0360

**Gulf States**
General Contractors, Inc.

## GULF STATES GENERAL CONTRACTORS, INC.

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422 Office
(251) 343-7221 Fax
gulfstate@comcast.net

Room: **DINING ROOM**                                                     LxWxH 19'1" x 17'1" x 8'0"

| Missing Wall: | 3 – 3'9" X 7'5" | Opens into E | Goes to Floor |
|---|---|---|---|
| Missing Wall: | 2 – 3'8" X 6'6" | Opens into E | Goes to neither Floor/Ceiling |
| Missing Wall: | 1 – 4'10" X 2'0" | Opens into E | Goes to Floor |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 437.90 | SF Walls | 326.01 | SF Ceiling | 763.90 | SF Walls & Ceiling |
| 326.01 | SF Floor | 36.22 | SY Flooring | 56.25 | LF Floor Perimeter |
| 152.67 | SF Long Wall | 136.67 | SF Short Wall | 72.33 | LF Ceil. Perimeter |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Floor protection - self-adhesive plastic film | 326.01 SF | 0.00 | 0.36 | 117.36 |
| COVER AND PROTECT THE FLOOR | | | | |
| Mask and cover large ornate light fixture | 1.00 EA | 0.00 | 14.53 | 14.53 |
| Clean the ceiling | 326.01 SF | 0.00 | 0.16 | 52.16 |
| Seal/prime the ceiling - one coat | 326.01 SF | 0.00 | 0.25 | 81.50 |
| Paint more than the ceiling - two coats | 620.88 SF | 0.00 | 0.46 | 285.61 |
| EXCLUDING WAYNES COAT WITH A NET SF OF OPENINGS AFTER DOOR OPENINGS = 143.02 SF. | | | | |
| Mask and prep for paint | 72.33 LF | 0.00 | 0.61 | 44.12 |
| CUT IN OF PAINT | | | | |

Room Totals: DINING ROOM                                                                                   595.28

Room: **LIVING ROOM**                                                     LxWxH 17'4" x 17'3" x 10'2"

| Missing Wall: | 2 – 3'9" X 7'5" | Opens into E | Goes to Floor |
|---|---|---|---|
| Missing Wall: | 1 – 3'10" X 7'5" | Opens into E | Goes to Floor |
| Missing Wall: | 2 – 3'7" X 6'5" | Opens into E | Goes to neither Floor/Ceiling |
| Missing Wall: | 1 – 3'7" X 6'5" | Opens into E | Goes to Floor |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 550.16 | SF Walls | 299.00 | SF Ceiling | 849.16 | SF Walls & Ceiling |
| 299.00 | SF Floor | 33.22 | SY Flooring | 54.25 | LF Floor Perimeter |
| 176.22 | SF Long Wall | 175.38 | SF Short Wall | 69.17 | LF Ceil. Perimeter |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Floor protection - self-adhesive plastic film | 299.00 SF | 0.00 | 0.36 | 107.64 |
| COVER AND PROTECT THE FLOOR | | | | |

BELL_SUM_TOTAL                                                                                   Page: 3

SF_0361

**Gulf States**
General Contractors, Inc.

## GULF STATES GENERAL CONTRACTORS, INC.

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422 Office
(251) 343-7221 Fax
gulfstate@comcast.net

CONTINUED - LIVING ROOM

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Window blind - horizontal or vertical | 2.00 EA | 0.00 | 0.00 | 41.26 |
| TWO WINDOW TREATMENTS | | | | |
| Contents - move out then reset - Large room | 1.00 EA | 0.00 | 42.53 | 42.53 |
| Mask and cover large ornate light fixture | 1.00 EA | 0.00 | 14.53 | 14.53 |
| Clean the ceiling | 299.00 SF | 0.00 | 0.16 | 47.84 |
| Seal/prime the ceiling - one coat | 299.00 SF | 0.00 | 0.25 | 74.75 |
| Paint more than the ceiling - two coats | 704.53 SF | 0.00 | 0.46 | 324.08 |
| EXCLUDING WAYNES COAT WITH A NET SF OF OPENINGS AFTER DOOR OPENINGS = 144.63 SF | | | | |
| Mask and prep for paint | 69.17 LF | 0.00 | 0.61 | 42.19 |
| CUT IN OF PAINT | | | | |

Room Totals: LIVING ROOM                                                    694.82

Room: HOME EXTERIOR

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Metal roofing | 126.00 SF | 0.24 | 2.45 | 338.94 |
| 2 PANELS REQUIRED, BUT FACTOR A 3RD. | | | | |
| Metal roofing trim - Detach & reset | 12.00 LF | 0.00 | 1.53 | 18.36 |
| Roofer - per hour | 2.00 HR | 0.00 | 45.31 | 90.62 |
| HEIGHT, AND PITCH CHARGES. | | | | |

Room Totals: HOME EXTERIOR                                                    447.92

BELL_SUM_TOTAL                                                       Page: 4

SF_0362

**Gulf States**
Gulf States Contractors, Inc.

## GULF STATES GENERAL CONTRACTORS, INC.

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422 Office
(251) 343-7221 Fax
gulfstate@comcast.net

Room: SPRINKLER

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Electrical repair - Minimum charge | 1.00 EA | 0.00 | 150.00 | 150.00 |

REPLACE TRANSFORMER FOR EXTERIOR SPRINKLER TIMER IN PUMP HOUSE - RAINBIRD RC-7BI, 7 STATION
CONTROLLER.

| | | | | |
|---|---|---|---|---|
| Room Totals: SPRINKLER | | | | 150.00 |

Room: CHICKEN HOUSE

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Wall or roof panel - corrugated | 16.00 SF | 0.96 | 1.31 | 36.32 |
| Ridge cap - metal roofing | 4.00 LF | 0.00 | 2.89 | 11.56 |
| Tree - tear out and disposal - 12" to 24" diameter | 0.50 EA | 412.00 | 0.00 | 206.00 |
| REMOVE TREE FROM FENCE, FAR ENOUGH TO REPAIR THE FENCE | | | | |
| R&R Picket fence, 3 to 4' high | 10.00 LF | 3.28 | 16.02 | 193.00 |
| Seal & paint - wood fence/gate | 60.00 SF | 0.00 | 0.59 | 35.40 |
| BOTH SIDES | | | | |
| HAUL TREE DEBRIS - LIMIT | 1.00 EA | 500.00 | 0.00 | 500.00 |

$500 LIMIT FOR DEBRIS REMOVAL - LINE ITEM EXEMPT FROM MATERIAL TAXES AND OVERHEAD AND PROFIT -
JUST A STRAIGHT LIMIT.

| | | | | |
|---|---|---|---|---|
| Room Totals: CHICKEN HOUSE | | | | 982.28 |

BELL_SUM_TOTAL

Page: 5

SF_0363

**Gulf States**
General Contractors, Inc

# GULF STATES GENERAL CONTRACTORS, INC.

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422 Office
(251) 343-7221 Fax
gulfstate@comcast.net

Room: ARBOR

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Picket fence gate - 3'to 4' high | 7.00 LF | 3.28 | 27.27 | 213.85 |
| R&R Picket fence, 3'to 4' high | 6.00 LF | 3.28 | 16.02 | 115.80 |
| Seal & paint - wood fence/gate | 52.00 SF | 0.00 | 0.59 | 30.68 |
| Fencing Installer - per hour | 2.00 HR | 0.00 | 42.01 | 84.02 |
| REMOVE HARDWARE AND REPLACE FOR FENCING/GATE AREA. | | | | |
| R&R 6" x 6" square wood post - treated (3 BF per LF) (material only) | 40.00 LF | 1.95 | 4.66 | 264.40 |
| PER THIS LINE ITEM, OVER RIDE PRICE BY DEDUCTING LABOR - THIS IS MATERIAL PRICE ONLY. | | | | |
| 2" x 12" x 8' #2 & better Fir / Larch (material only) | 3.00 EA | 0.00 | 12.24 | 36.72 |
| 2" x 10" x 8' #2 & better Fir / Larch (material only) | 10.00 EA | 0.00 | 9.52 | 95.20 |
| 2" x 4" x 10' #2 & better Fir / Larch (material only) | 16.00 EA | 0.00 | 3.90 | 62.40 |
| R&R Trimboard - 1" x 4" - installed (cedar) | 120.00 LF | 0.20 | 2.75 | 354.00 |
| Carpenter - General Framer - per hour | 8.00 HR | 0.00 | 45.92 | 367.36 |
| Carpentry - General Laborer - per hour | 8.00 HR | 0.00 | 22.50 | 180.00 |
| ONE DAY, LEAD FRAMER AND HELPER | | | | |
| Painter - per hour | 16.00 HR | 0.00 | 36.15 | 578.40 |
| TWO PAINTERS, 8 HOURS EACH, PRIME COAT, AND ONE TOP COAT. | | | | |
| Painting - Minimum charge | 1.00 EA | 0.00 | 135.00 | 135.00 |
| General clean - up | 1.00 HR | 0.00 | 21.06 | 21.06 |
| Haul debris - per pickup truck load - including dump fees | 1.00 EA | 86.57 | 0.00 | 86.57 |

Room Totals: ARBOR                                                                                   2,625.46

BELL_SUM_TOTAL                                                                          Page: 6

SF_0364

**Gulf States**
General Contractors, Inc.

**GULF STATES GENERAL CONTRACTORS, INC.**

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422  Office
(251) 343-7221  Fax
gulfstate@comcast.net

Room: MISCELLANEOUS

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| General clean - up | 4.00 HR | 0.00 | 21.06 | 84.24 |
| Taxes, insurance, permits & fees (Bid item) | 1.00 EA | 0.00 | 125.00 | 125.00 |
| ESTIMATED PERMIT AND FEE | | | | |
| Haul debris - per pickup truck load - including dump fees | 1.00 EA | 86.57 | 0.00 | 86.57 |

Room Totals: MISCELLANEOUS | | | | 295.81

Line Item Totals: BELL_SUM_TOTAL | | | | 6,146.96

**Grand Total Areas:**

| | | |
|---|---|---|
| 1,387.67  SF Walls | 805.51  SF Ceiling | 2,193.17  SF Walls & Ceiling |
| 805.51  SF Floor | 89.50  SY Flooring | 160.00  LF Floor Perimeter |
| 491.97  SF Long Wall | 393.58  SF Short Wall | 198.50  LF Ceil. Perimeter |
| | | |
| 0.00  Floor Area | 0.00  Total Area | 0.00  Interior Wall Area |
| 0.00  Exterior Wall Area | 0.00  Exterior Perimeter of Walls | |
| | | |
| 0.00  Surface Area | 0.00  Number of Squares | 0.00  Total Perimeter Length |
| 0.00  Total Ridge Length | 0.00  Total Hip Length | 0.00  Area of Face 1 |

BELL_SUM_TOTAL

SF_0365

**Gulf States**
General Contractors, Inc.

## GULF STATES GENERAL CONTRACTORS, INC.

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422 Office
(251) 343-7221 Fax
gulfstate@comcast.net

### Summary for WIND

| Line Item Total | | | | 6,146.96 |
|---|---|---|---|---|
| Overhead | @ | 10.0% x | 5,646.96 | 564.70 |
| Profit | @ | 10.0% x | 5,646.96 | 564.70 |
| Material Sales Tax | @ | 9.000% x | 1,464.34 | 131.79 |
| **Grand Total** | | | | **7,408.15** |

DANIEL ENGEL
Contractor Representative

BELL_SUM_TOTAL

Page: 8

SF_0366

**Gulf States**
General Contractors, Inc.

**GULF STATES GENERAL CONTRACTORS, INC.**

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422 Office
(251) 343-7221 Fax
gulfstate@comcast.net

### Recap by Room

**Estimate: BELL_SUM_TOTAL**

| | | |
|---|---|---|
| KITCHEN | 355.39 | 5.78% |
| DINING ROOM | 595.28 | 9.68% |
| LIVING ROOM | 694.82 | 11.30% |
| HOME EXTERIOR | 447.92 | 7.29% |
| SPRINKLER | 150.00 | 2.44% |
| CHICKEN HOUSE | 982.28 | 15.98% |
| ARBOR | 2,625.46 | 42.71% |
| MISCELLANEOUS | 295.81 | 4.81% |
| **Subtotal of Areas** | **6,146.96** | **100.00%** |
| **Total** | **6,146.96** | **100.00%** |

BELL_SUM_TOTAL

Page: 9

SF_0367



**Gulf States** General Contractors, Inc.

**GULF STATES GENERAL CONTRACTORS, INC.**

917 Western America Cir., Ste., 504
Mobile, AL 36609
(251) 460-8422 Office
(251) 343-7221 Fax
gulfstate@comcast.net

## Recap By Category

| O&P Items | | | Total Dollars | % |
|---|---|---|---|---|
| APPLIANCES | | | 20.31 | 0.27% |
| CLEANING | | | 234.18 | 3.16% |
| CONTENT MANIPULATION | | | 65.03 | 0.88% |
| GENERAL DEMOLITION | | | 602.18 | 8.13% |
| ELECTRICAL | | | 150.00 | 2.02% |
| PERMITS AND FEES | | | 125.00 | 1.69% |
| FENCING | | | 531.23 | 7.17% |
| FINISH CARPENTRY / TRIMWORK | | | 330.00 | 4.45% |
| FRAMING & ROUGH CARPENTRY | | | 928.08 | 12.53% |
| METAL STRUCTURES & COMPONENTS | | | 20.96 | 0.28% |
| PAINTING | | | 2,128.23 | 28.73% |
| ROOFING | | | 429.24 | 5.79% |
| WINDOW TREATMENT | | | 82.52 | 1.11% |
| Subtotal | | | 5,646.96 | 76.23% |
| Overhead | @ | 10.00% | 564.70 | 7.62% |
| Profit | @ | 10.00% | 564.70 | 7.62% |
| O&P Items Subtotal | | | 6,776.36 | 91.47% |

| Non-O&P Items | | | Total Dollars | % |
|---|---|---|---|---|
| GENERAL DEMOLITION | | | 500.00 | 6.75% |
| Non-O&P Items Subtotal | | | 500.00 | 6.75% |
| O&P Items Subtotal | | | 6,776.36 | 91.47% |
| Material Sales Tax | @ | 9.000% | 131.79 | 1.78% |
| Grand Total | | | 7,408.15 | |

BELL_SUM_TOTAL

Page: 10

SF_0368