# Exhibit "H"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD BELL; KATRINA BELL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05 CV 658-T |
| ) | |
| TRAVELERS PROPERTY CASUALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF DANNY HAMNER

1. My name is Danny Hamner. I am a resident of the State of Alabama and am over the age of nineteen (19) years. This affidavit is based on my personal knowledge and/or on business records maintained in the ordinary course of business.

2. I am co-owner of Prickett-Hamner Electric, LLC and am an electrician. During the course of my employment, Richard Steed of Professional Inspection Consultants contacted me to inspect the electrical system at a home owned by Donald and Katrina Bell. This home is located at 9030 County Road 59, Pine Apple, Alabama, 36471.

3. On January 19, 2005, I inspected the 9030 County Road 59, Pine Apple, Alabama property. My inspection was limited to an inspection of the electrical system for the home and for the pump house located on the subject property.

4. Attached to this affidavit is a copy of the January 19, 2005, invoice and report that I provided to Professional Inspection Consultants following my inspection. This invoice and report contains a description of my inspection of the above described electrical system at the property and

contains my findings following the electrical system inspection. This invoice and report is a business record maintained in the ordinary course of business and it accurately reflects my investigation of the electrical system of the subject property. I swear and affirm that the statements made in this invoice and report are true and correct.

STATE OF ALABAMA
COUNTY OF TUSCALOOSA

_____
Danny Hamner

STATE OF ALABAMA
COUNTY OF Tuscaloosa

I, Sandy L. Howell, a Notary Public in and for said County and State, hereby certify that Danny Hamner, whose name is signed to the foregoing and who is known to me, acknowledged before me this day, that being informed of the contents thereof, he voluntarily executed the same on the day of its date.

Given under my hand and seal this the 13th day of February, 2006.

Notary Public: Sandy L Howell
My commission expires: July 10, 2006

**Prickett - Hamner Electric, LLC**

8730 Eastview Drive
Cottondale, AL 35453

Invoice

| Date | Invoice # |
|---|---|
| 1/19/2005 | PIC1315 |

**Bill To**

Professional Inspection Consultants
P.O. Box 320658
Flowood, MS 39232-0658

| Terms | Due Date |
|---|---|
| Due upon receipt | 1/19/2005 |

| Item | Description | Rate | Quantity | Amount |
|---|---|---|---|---|
| Residential Service | Home Electrical Inspection for single family dwelling located @ 9030 CO Rd 59 Pineapple, AL 36471 for possible lightening strike damage and related electrical problems. Price is for items defined as 1-4.<br>1. Found voltage transformer burned up in pump house, possible power surge.<br>2. Dim lights reported are due to home owner or resident using improper wattage in lighting fixtures.<br>3. Random checks through out entire house, located one (1) GFI receptacle in upstairs bath not working properly.<br>4. DETACHED GARAGE LOCKED, CONTRACTOR UNABLE TO GAIN ENTRY.<br><br>NOTES: House checked out fine... did not see any physical damage from any lightning strikes or any electrical problems in the house other than the one (1) bad GFI receptacle noted in item 3. | 390.00 | | 390.00 |

THANK YOU!!
HAVE A BLESSED DAY

| | |
|---|---|
| **Total** | $390.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $390.00 |

| Phone # | Fax # |
|---|---|
| 205-556-5700 | 205-556-1564 |

SF_0129