IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DONALD BELL and              )
KATRINA BELL,                )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )     2:05cv658-MHT
                             )
TRAVELERS PROPERTY           )
CASUALTY INSURANCE COMPANY,  )
                             )
    Defendant.               )
```

ORDER

It is ORDERED that defendant's motion for summary judgment (Doc. No. 19) is set for submission, without oral argument, on March 6, 2006, with plaintiffs' brief and evidentiary materials due by said date.

DONE, this the 15th day of February, 2006.

                                          /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE