IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DONALD BELL; KATRINA BELL, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:05 CV 658-MHT |
| | ) | |
| TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
|     Defendant. | ) | |

**STANDARD FIRE'S NOTICE OF COMPLIANCE IN RESPONSE TO
THIS COURT'S FEBRUARY 15, 2006 ORDER**

COMES NOW the defendant, The Standard Fire Insurance Company, incorrectly identified

in the Plaintiffs' complaint as Travelers Property Casualty Company (hereinafter referred to as

"Standard Fire"), and gives notice to this Court, pursuant to its February 15, 2006 Order, that the

monetary sanctions have been paid.

Respectfully submitted,

 s/Joel S. Isenberg
Brenen G. Ely, 0366-E54B
Joel S. Isenberg, 8855-N76J
Attorneys for Defendant

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
Phone: (205) 802-2214
Fax: (205) 879-4445

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

| | |
|---|---|
| _____ | Hand Delivery |
| _____ | U. S. Mail |
| _____ | Overnight Delivery |
| _____ | Facsimile |
| ___x___ | E-File |

on this the 3rd day of March, 2006.

s/Joel S. Isenberg
OF COUNSEL

cc:
Jere L. Beasley
W. Daniel Miles, III
Christopher E. Sanspree
BEASLEY, ALLEN, CROW, METHVIN
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103