# D 3 LAND SERVICES
P. O. BOX 772
ATMORE, AL. 36504
OFFICE (251) 446-7157
CELL (251) 294-1232

## Bid Estimation/Invoice: September 28, 2004

**Description**

All work is due to intense weathering caused by Hurricane Ivan:                                            $141,750.00

---Removal, clean-up, and pruning of trees and underbursh;

---Replant and refurbish existing landscape;

---Replenish and backfill backside of acreage due to excessive rain;

---Build, reconstruct, refurbish, and repaint fences and gazebos;

---Repair, prepare, and paint house and barn;

---Grade and final grade existing driveway due to excessive weathering.

Materials                                                                                                  $74,000.00

Total:  $215,750.00

_____                           _/John C. Davis, III_____
Customer Signature                                   John C. Davis, III

EXHIBIT D