IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

DONALD BELL; KATRINA BELL,          *
                                     *
    Plaintiffs,                     *
                                     *
v.                                   *          Civil Action No. 2:05-cv-658-M
                                     *
TRAVELERS PROPERTY CASUALTY *
INSURANCE COMPANY,                   *
                                     *
    Defendants,                     *

## AFFIDAVIT OF JEFF SCHOFIELD

"My name is Jeff Schofield and I am over the age of nineteen (19), and have personal knowledge of the following:

I am the owner of Schofield Contracting. After Hurricane Ivan, Don and Katrina Bell contacted me to assess the damage to their home located at 9030 County Road 59, Pine Apple, Alabama, 36471. On October 14, 2004, I inspected the 030 County Road 59, Pine Apple, Alabama, 36471 property. My assessment was limited to an estimate for repair of the home located on this property.

Attached to my affidavit as Exhibit "A" is a true and correct copy of the estimate to repair the home of Don and Katrina Bell given on October 14, 2004. This report is a business record maintained in the ordinary course of business and it accurately reflects my assessment of the subject property.

The foregoing is true and accurate to the best of my knowledge."



*Jeff Schofield*
Jeff Schofield

**STATE OF: ALABAMA )**

COUNTY OF:  Crenshaw ____ )

    I, the undersigned Notary Public in and for the State of Alabama at Large, hereby certify that the person that signed the foregoing, and who is known to me and who being by me first duly sworn, acknowledged before me on this day that being informed of the contents of the said document, they executed the same voluntarily on the day the same bears date.

    SWORN to and SUBSCRIBED before me this the _3rd_ day of _March_, 2006.

               *Becky Smith*
               NOTARY PUBLIC

My Commission Expires:____
       **MY COMMISSION EXPIRES DEC. 28. 2005**

# Schofield Contracting

P. O. Box 421
Luverne, Alabama 36049
(334) 670-2074
(334) 235-3575

Date: 10-14-04

Bid #SC: _____

Customer Name: Don Bell

Address: 9030 County Road 59

Furman, AL 36741

| Job Description | Cost | Total |
|---|---|---|
| The following is a bid to repair damage as a Result of Hurricane Ivan to Don Bell's home located at 9030 Co. Rd. 59 Furman, AL 36741. The bid includes labor and material. Please see the following pages for an itemization of labor and material. | | |
| **TOTAL COST** | 185,250 | 00 |

EXHIBIT
A

| **Dwelling** | | **Other Structures** | |
|---|---|---|---|
| Paint outside | 6,850.00 | Dozier Work | 3,000.00 |
| Foundation | 6,500.00 | Fill Dirt | 5,200.00 |
| Roof | 4,900.00 | Drive way | 3,600.00 |
| Window | 3,600.00 | Rift Raft | 2,000.00 |
| Floors | 8,700.00 | Tree Removal | 3,600.00 |
| Installation | 4,200.00 | | $17,400.00 |
| Wiring | 3,600.00 | | |
| Lights | 2,600.00 | | |
| Paint inside | 5,600.00 | | |
| Fireplaces | 1,800.00 | | |
| Labor | 36,000.00 | | |
| Materials | 74,000.00 | | |
| Mildew Clean-up | 2,400.00 | | |
| Landscaping | 7,500.00 | | |
| | $168,250.00 | | |

**Total** $185,250.00

Dwelling
Detail Sheet

1. Foundation- $6,500.00
   *re-level house and check piers and beams

2. Roof- $4.900.00 (materials and labor)
   *take off existing roof and put on new

3. Windows and Doors- $3,600.00
   *re-align after leveling house (27 windows & 17 doors)

4. Insulation- $4,200.00 (materials and labor)
   * take out existing insulation in attic & under house and replace.

5. Wiring- $3,600.00
   *check all wiring in house due to re-leveling of house and check lights.

6. Lights- $2,600.00 (damaged fixtures)
   *Dining room & Parlor lights replaced

7. Paint (inside labor)- $5,600.00 (see rooms detail sheets)

8. Fireplaces- $1,800.00 (see rooms detail sheets)

9. Mildew Clean-up- $2,400.00 (upstairs and in attic)

10. Landscaping- $7,500.00
    *remove damaged landscaping & replace (includes material, planting & labor)

11. Paint outside of house- $6,850.00 (material & labor)
    - 5960 sq. '
    - 68 gals @ $30.00 = $2040.00
    - Caulk 8 cases @ 24.00= $192.00
    - Labor $4,618.00 includes washing- primer & 3 top coats- plus replace 8 boards
      damaged by cracking/splitting)

Total--    $168,250.00

## Other Structures
## Detail Sheet

1. <u>Dozier Work</u>- $3,000.00 (43 hrs @ 70.00/ hour rate)

2. <u>Fill Dirt</u>- $5,200.00 (35 loads @ $150.00/load)
   *To repair run off damage around structures

1. <u>Drive Way</u>- $3,600.00 (material & labor) run off damage
   *4 loads of top coat @$500.00/load= $2,000.00 plus
   *6 loads clay @ $150.00/load= $900.00 plus
   *10.5 hrs of tractor work @$65/hr = $700.00
   *Total= $3,600.00

2. <u>Rift Raft</u>- $2,000.00
   *4 loads @$500.00 a load= $2,000.00
   *Rift Raft is to hold run off damaged area after repaired

3. <u>Tree removal</u>- $3,600.00
   *to cut and remove all damaged trees

Total- $17,400.00

## Dining Room



18'

19' 5"

| Item | Wood Surface | Surface Damaged | Material Cost | Wood Labor |
|------|--------------|-----------------|---------------|------------|
| Floor | 351 sq' | 351 sq' | $6,318.00 | ---- |
| Wall | 750 sq ' | 525 sq' | $9,450.00 | ---- |
| Ceiling | 351 sq' | 351 sq' | $6,318.00 | $5,143.00 |
| | 1452 sq' | 1227 sq' | $22,086.00 | $5,143.00 |

* Wood- Heartpine @ $18.00 sq ' (1 1/4" X 6"X 20')

*Paint- 12 gals @ $32.00 = $408.00 (primer & 3 top coats)

* Labor to paint- $800.00 (Primer & 3 top coats)

*Fireplace- Re-point (outside and inside) $900.00 (labor & materials)

*Labor to re-finish floor $3.62 sq' X 351 sq'= $1,270.62

## Parlor Room



19.5"

window →

Fireplace →

window →

Parlor Room

18'

| Item | Wood Surface | Surface Damaged | Material Cost | Wood Labor |
|---|---|---|---|---|
| Floor | 351 sq' | —— | —— | —— |
| Wall | 750 sq ' | —— | —— | —— |
| Ceiling | 351 sq' | 30 sq' | $542.00 | $1,080.00 |
| | 1452 sq' | 30 sq' | $542.00 | $1,080.00 |

* Wood- Heartpine @ $18.00 sq ' (1 1/4" X 6"X 20')

*Paint- 12 gals @ $32.00 = $408.00 (primer & 3 top coats)

* Labor to paint- $800.00 (Primer & 3 top coats)

*Fireplace- Re-point (outside and inside) $900.00 (labor & materials)

*Labor to re-finish floor $3.62 sq' X 351 sq'= $1,270.62

1 of 13

**Hall (Down stairs)**



| Item | Wood Surface | Surface Damaged | Material Cost | Wood Labor |
|---|---|---|---|---|
| Floor | 280 sq' | — | — | — |
| Wall | 960 sq ' | 30 sq' | $540.00 | $1,080.00 |
| Ceiling | 280 sq' | 30 sq' | $540.00 | $1,080.00 |
| | 1520 sq' | 60 sq' | $1,080.00 | $2,160.00 |

* Wood- Heartpine @ $18.00 sq ' (1 1/4" X 6"X 20')

*Paint- 12 gals @ 32.00 = $408.00 (primer & 3 top coats)

* Labor to paint- $800.00 (Primer & 3 top coats)

*Labor to re-finish floor $3.62 sq' X 280 sq'= $1,013.60

<u>Kitchen</u>



10'

window

Door

18'

window

| Item | Wood Surface | Surface Damaged | Material Cost | Wood Labor |
|------|-------------|-----------------|---------------|------------|
| Floor | 180 sq' | 40 sq' | $720.00 | —— |
| Wall | 560 sq ' | 20 sq' | $360.00 | —— |
| Ceiling | 180 sq' | 100 sq' | $1,800.00 | $5,760.00 |
| | 920 sq' | 160 sq' | $2,880.00 | $5,760.00 |

* Wood- Heartpine @ $18.00 sq ' (1 1/4" X 6"X 20')

*Paint- 6 gals @ 32.00 = $192.00 (primer & 3 top coats)

* Labor to paint- $400.00 (Primer & 3 top coats)

*Labor to re-finish floor $3.62 sq' X 180 sq'= $651.60

Library (den)



| Item | Wood Surface | Surface Damaged | Material Cost | Wood Labor |
|------|-------------|-----------------|---------------|------------|
| Floor | 180 sq' | —— | —— | —— |
| Wall | 560 sq ' | —— | —— | —— |
| Ceiling | 180 sq' | —— | —— | —— |

* Floor– Heartpine

*Paint– 6 gals @ $32.00 = $192.00 (primer & 3 top coats)

* Labor to paint– $400.00 (Primer & 3 top coats)

*Labor to re-finish floor $3.62 sq' X 180 sq'= $651.60



__Downstairs Bathroom__
__Wine Room (Butler's Pantry)__



| Item | Wood Surface | Surface Damaged | Material Cost | Wood Labor |
|------|------|------|------|------|
| Floor | 180 sq' | —— | —— | —— |
| Wall | 760 sq ' | —— | —— | —— |
| Ceiling | 180 sq' | —— | —— | —— |

* Floor– Heartpine

*Paint– 6 gals @ $32.00 = $192.00 (primer & 3 top coats)

* Labor to paint– $400.00 (Primer & 3 top coats)

*Labor to re-finish floor $3.62 sq' X 180 sq'= $651.60

**Hall (Upstairs)**



| Item | Wood Surface | Surface Damaged | Material Cost | Wood Labor |
|---|---|---|---|---|
| Floor | 180 sq' | —— | —— | —— |
| Wall | 740 sq ' | 60 sq ' | $1,080.00 | $2,160.00 |
| Ceiling | 180 sq' | 180 sq' | $3,240.00 | $6,480.00 |
| | 1100 sq' | 240 sq' | $4,320.00 | $7,508.00 |

* Wood- Heartpine @ $18.00 sq ' (1 1/4" X 6"X 20')

*Paint- 12 gals @ 32.00 = $408.00 (primer & 3 top coats)

* Labor to paint- $800.00 (Primer & 3 top coats)

*Labor to re-finish floor $3.62 sq' X 180 sq'= $651.60

Upstairs Bedroom—Right side (coming up stairs)



| Item | Wood Surface | Surface Damaged | Material Cost | Wood Labor |
|------|------|------|------|------|
| Floor | 351 sq' | 351 sq' | $6,318.00 | —— |
| Wall | 750 sq ' | 525 sq' | $9,450.00 | —— |
| Ceiling | 351 sq' | 351 sq' | $6,318.00 | $5,143.00 |
| | 1452 sq' | 1227 sq' | $22,086.00 | $5,143.00 |

* Wood- Heartpine @ $18.00 sq ' (1 1/4" X 6"X 20')

*Paint- 12 gals @ 32.00 = $408.00 (primer & 3 top coats)

* Labor to paint- $800.00 (Primer & 3 top coats)

*Labor to re-finish floor $3.62 sq' X 351 sq'= $1,270.62

## Upstairs Bedroom—Left side (coming up stairs)



| Item | Wood Surface | Surface Damaged | Material Cost | Wood Labor |
|---|---|---|---|---|
| Floor | 351 sq' | 351 sq' | $6,318.00 | —— |
| Wall | 750 sq ' | 525 sq' | $9,450.00 | —— |
| Ceiling | 351 sq' | 351 sq' | $6,318.00 | $5,143.00 |
|  | 1452 sq' | 1227 sq' | $22,086.00 | $5,143.00 |

* Wood- Heartpine @ $18.00 sq ' (1 1/4" X 6"X 20')

*Paint- 12 gals @ 32.00 = $408.00 (primer & 3 top coats)

* Labor to paint- $800.00 (Primer & 3 top coats)

*Labor to re-finish floor $3.62 sq' X 351 sq'= $1,270.62