IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

DONALD BELL; KATRINA BELL,          *
                                    *
        Plaintiffs,                 *
                                    *
v.                                  *          Civil Action No. 2:05-cv-658-M
                                    *
TRAVELERS PROPERTY CASUALTY *
INSURANCE COMPANY,                  *
                                    *
        Defendants,                 *

### AFFIDAVIT OF DOUGLAS FREE

"My name is Douglas Free and I am over the age of nineteen (19), and have personal knowledge of the following:

After Hurricane Ivan, Don and Katrina Bell contacted me to assess the damage to their home located at 9030 County Road 59, Pine Apple, Alabama, 36471. On or about December 10, 2004, I inspected the 9030 County Road 59, Pine Apple, Alabama, 36471 property. My assessment was limited to an estimate for repair of the home located on this property.

Attached to my affidavit as Exhibit "A" is a true and correct copy of the estimate to repair the home of Don and Katrina Bell given on December 10, 2004

The foregoing is true and accurate to the best of my knowledge."



EXHIBIT

Douglas Free

STATE OF: ALABAMA )

COUNTY OF: _Crenshaw_____ )

I, the undersigned Notary Public in and for the State of Alabama at Large, hereby
certify that the person that signed the foregoing, and who is known to me and who being
by me first duly sworn, acknowledged before me on this day that being informed of the
contents of the said document, they executed the same voluntarily on the day the same
bears date.

SWORN to and SUBSCRIBED before me this the _3rd_ day of _March_ 2006.

_Judy LaRue_
NOTARY/PUBLIC

My Commission Expires: _11-22-08_

Notary Public, State of Alabama at Large
My Commission Expires: Nov. 22, 2008
Bonded Thru Notary Public Underwriters

# PROPOSAL

| | |
|---|---|
| PROPOSAL NO. | 1 |
| SHEET NO. | 1 |
| DATE | 12/10/04 |

PROPOSAL SUBMITTED TO:

NAME  DON BELL
ADDRESS  9030 Co. RD. 59
CITY, STATE  FURMAN, AL. 36741
PHONE NO.  251-746-2609

WORK TO BE PERFORMED AT:
ADDRESS  SAME
CITY, STATE
DATE OF PLANS
ARCHITECT

We hereby propose to furnish the materials and perform the labor necessary for the completion of

THIS BID IS TO REPAIR DAMAGE TO DON BELL'S

HOUSE THAT RESULTED AS A RESULT OF

HURRICANE IUAN. THIS HOUSE IS LOCATED

AT 9030 CO. RD. 59 FURMAN, AL. 36741.

THIS BID INCLUDES LABOR AND MATERIAL.

ATTACHED SHEET SHOWS BREAK DOWN

OF LABOR AND MATERIAL

All material is guaranteed to be as specified, and the above work to be performed in accordance with the drawings and specifications submitted for above work and completed in a substantial workmanlike manner for the sum of:

_____ Dollars ($_____)

with payments to be as follows

*Any alteration or deviation from above specifications involving extra costs will be executed only upon written order, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control.*

Respectfully submitted  Douglas Free

Per Lic. # 1518

Note - This proposal may be withdrawn by us if not accepted within 30 days.

## ACCEPTANCE OF PROPOSAL

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

SIGNATURE_____

DATE_____    SIGNATURE_____

adams  9450



EXHIBIT
A

## Detail Breakdown

| | |
|---|---:|
| Wiring | 4,150.00 |
| Paint outside | 6,650.00 |
| Dozier Work | 2,800.00 |
| Window | 3,850.00 |
| Drive way | 3,800.00 |
| Fireplaces | 1,950.00 |
| Foundation | 5,800.00 |
| Rift Raft | 4,600.00 |
| Installation | 4,900.00 |
| Fill Dirt | 5,600.00 |
| Landscaping | 8,400.00 |
| Materials | 91,750.00 |
| Roof | 5,100.00 |
| Tree Removal | 4,100.00 |
| Floors | 8,850.00 |
| Lights | 2,900.00 |
| Mildew Clean-up | 2,650.00 |
| Labor | 39,000.00 |
| Paint inside | 5,900.00 |
| | |
| Total | $212,750.00 |