# The Antique Wood Company

6301 Biscayne Blvd. Suite #212
Miami, FL 33138
Voice: 888-515-0886
Fax:   786-621-4289

## Quotation
412008

Quote Date: Dec 8, 2004

Page: 1

Quoted to:
Kitrina Bell
P. O. Box 99
Furman, AL  36741

Phone: 334-335-3101
Fax:

Job Address:
Bell Residence
9030 Country Rd. 59
Furman, AL  36741

| Good Thru | Payment Terms | Shipping | Sales Rep |
|---|---|---|---|
| 1/7/05 | 50 % Down With Order  50% Prior to shipping | F.O.B. N. Troy, VT | HR |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 1.00 | ANTIQUE HEART PINE | | |
| 4,000.00 | Antiq Heart Pine Flr TG - 1 1/4"x6"x20'0" | 22.00 | 88,000.00 |
| 1.00 | NOTE: Premium grade.  No knots.  Over 1" and no nail holes or checking | | |
| 1.00 | FREIGHT - Charges are an estimate based on 22,880 lbs. | 3,750.00 | 3,750.00 |
| | SHIPPING TIME: 4-5 Business days excluding weekends & holidays | | |
| | ORDER PROCESSING TIME: 6-8 weeks after receipt of Quote Acceptance Form and 50% deposit | | |
| | Subtotal | | 91,750.00 |
| | Sales Tax | | |
| | Freight | | |
| | TOTAL | | 91,750.00 |



EXHIBIT H