# Appalachian Woods, LLC

1240 Cold Springs Rd.
Stuarts Draft, VA 24477
(800) 333-7610  (540) 337-1801
Fax: (540) 337-1030

# Quote

| Date | Quote # |
|---|---|
| 12/9/2004 | 1274 |

**Name / Address**

Katrina Bell
PO Box 99
Furmon, AL  36741

| Customer Phone | 334-335-3101 | Fax | | Alt. Phone |
|---|---|---|---|---|

| Terms | FOB | Project | Est. Lead Time |
|---|---|---|---|
| 50 % DPST/NET before | Origin | | 12 -16 weeks |

| Qty | Units | Description | Rate | Total |
|---|---|---|---|---|
| 4,588 | Square Feet | Antique Heart Pine Flooring<br>Grade: #2<br>Face Width: 6"<br>Length: 20'<br>Thickness: 1.25"<br>Profile: Center Match T&G | 38.00 | 174,344.00 |

We look forward to helping you on this project

| | |
|---|---|
| **Subtotal** | $174,344.00 |
| **VA Sales Tax** | $0.00 |
| **Total** | $174,344.00 |

We require a 50% deposit at order placement with balance due before shippment.  Unless special arrangements are made, we have a no return policy and any inspection of materials must be made before shippment.



EXHIBIT I