IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DONALD BELL; KATRINA BELL,** | * |
| **Plaintiffs,** | * |
| v. | *  Civil Action No. 2:05-cv-658-M |
| **TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,** | * |
| **Defendants,** | * |

### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COME NOW the Plaintiffs and, in accordance with this Court's scheduling order, hereby give notice unto the Court of the following:

1). That good faith settlement negotiations were conducted between the parties face to face on March 7, 2006, and again with retired Judge Randall acting as mediator on April 12, 2006.

2). That a settlement has not been reached, but settlement negotiations continue amongst the parties, with retired Judge Randall Thomas acting as intermediary.

/s/ Christopher E. Sanspree
CHRISTOPHER E. SANSPREE
Attorney for Plaintiffs

OF COUNSEL:

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
P. O. Box 4160
272 Commerce Street (36104)
Montgomery, Alabama  36103-4160
(334) 269-2343
(334) 954-7555 facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that I have filed the original of the foregoing document in this Court with copies to be served upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the **24th** day of **April** 2006.

                                      **/s/ Christopher E. Sanspree**
                                      OF COUNSEL

Mr. Joel Isenberg
**Smith & Ely, L.L.P.**
2000A Southbridge Parkway; Suite 405
Birmingham, Alabama
(205) 802-2214
(205) 879-4445 (fax)